JANE DOE
c/o Secretary of State, Safe at Home
P.O. Box 1198
Sacramento, CA 95812

Plaintiff, In Propria Persona

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSÉ DIVISION

| | |
|---|---|
| JANE DOE, an individual,<br><br>                    Plaintiff,<br><br>        v.<br>THE BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY, *et al*,<br><br>                    Defendants. | Case No.: 5:26-cv-03809-VKD<br><br>**NOTICE OF FORTHCOMING MOTION FOR LEAVE TO PROCEED PSEUDONYMOUSLY AND ADMINISTRATIVE MOTION TO LODGE UNDER SEAL *AD INTERIM*** |

**COMES NOW BEFORE THIS HONORABLE COURT** the Plaintiff and provides notice herein that she shall file a motion for leave to proceed pseudonymously in 7 days after the filing of this notice hereof. Given the urgent nature of the forthcoming motion for temporary restraining order, the Plaintiff cannot concurrently file a motion for leave to proceed pseudonymously.

Accordingly, until the Plaintiff is able to file the said motion for leave to proceed pseudonymously, the Plaintiff moves for a broad sealing order that will allow her to lodge exhibits and parts of moving papers that might be able to identify her true name and likeness.

1

NOTICE OF FORTHCOMING MOTION FOR LEAVE TO PROCEED PSEUDONYMOUSLY AND
ADMINISTRATIVE MOTION TO LODGE UNDER SEAL AD INTERIM

5:26-cv-03809-VKD

As the Ninth Circuit has explained, temporary sealing pending full resolution of a sealing request "ensures the protection of the individual right to privacy without unnecessarily burdening the … rights of the public" to access judicial records. *Civ. Beat L. Ctr. for Pub. Int., Inc. v. Maile,*

Accordingly, the Plaintiff seeks leave to be able to lodge parts of the forthcoming motion for temporary restraining order under seal and exhibits in support thereto under seal as well.

Respectfully submitted,

DATED: May 1, 2026.

*/s/ Jane Doe*

JANE DOE

In Propria Persona

2

NOTICE OF FORTHCOMING MOTION FOR LEAVE TO PROCEED PSEUDONYMOUSLY AND
ADMINISTRATIVE MOTION TO LODGE UNDER SEAL AD INTERIM

5:26-cv-03809-VKD