JANE DOE
c/o Secretary of State, Safe at Home
P.O. Box 1198
Sacramento, CA 95812

Plaintiff, In Propria Persona

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSÉ DIVISION

| | |
|---|---|
| JANE DOE, an individual, | Case No.: 5:26-cv-03809-VKD |
| Plaintiff, | **NOTICE OF *ERRATA* TO ECF NO. 6** |
| *v.* | |
| THE BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY, *et al.*, | |
| Defendants. | |

The Plaintiff respectfully requests the parties and this Court to take notice of the following *erratum* to ECF No. 6.

The case citation in that motion should read as "*Civ. Beat L. Ctr. for Pub. Int., Inc. v. Maile*, 117 F.4th 1200, 1212 (9th Cir. 2024)."

Respectfully submitted,

DATED: April 29, 2026.

*/s/ Jane Doe*
_____
JANE DOE

In Propria Persona

1

NOTICE OF *ERRATA* RE: ECF NO. 6