JANE DOE
c/o Secretary of State, Safe at Home
P.O. Box 1198
Sacramento, CA 95812

PLAINTIFF, IN PRO PER

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSÉ DIVISION**

| | |
|---|---|
| JANE DOE, an individual, | Case No.: 5:26-cv-03809 |
| Plaintiff, | **NOTICE OF *ERRATA* TO THE NOTICE OF PENDENCY OF OTHER STATE COURT ACTION AS PER CIVIL L.R. 3-13** |
| v. | |
| THE BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY, *et al.*, | |
| Defendants. | |

**COMES NOW BEFORE THIS HONORABLE COURT** the Plaintiff and respectfully requests that this Honorable Court and the parties take notice of the following *erratum*.

The phrase at page 7, line 21, "There Will Be Conflicts at Any Event[,]" should read as "There Will Be No Conflicts at Any Event"

Respectfully submitted,

DATED: May 4, 2026.

/s/ Jane Doe

JANE DOE

In Propria Persona