**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

JANE DOE,

        Plaintiff,

    v.

BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY, et al.,

        Defendants.

Case No.  5:26-cv-03809-BLF

**ORDER STRIKING PLAINTIFF'S ADMINISTRATIVE MOTION**

[Re: ECF No. 20]

Plaintiff has filed an "administrative motion for an order on the Plaintiff's motion for leave to proceed *in forma pauperis*." ECF No. 20.  The motion is duplicative of Plaintiff's motion for leave to proceed *in forma pauperis* and is accordingly STRICKEN.

    **IT IS SO ORDERED.**

Dated:  May 4, 2026

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California