UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>JASON A. SMITH, et al.,<br><br>    Defendants. | Case No.  25-cv-03490-PCP<br><br>**ORDER ON MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Re: Dkt. No. 152 |

A motion for administrative relief to consider whether cases should be related (Civil L.R. 3-12) has been filed in *Doe v. Smith*, Case No. 25-cv-03490. The time for filing an opposition or statement of support has passed. As the judge assigned to *Doe v. Smith*, Case No. 25-cv-03490, I find that the more recently filed case(s) that I have initialed below is related to the case assigned to me, and such case shall be reassigned to me.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 26-cv-03809 | *Doe v. The Board of Trustees of Leland Stanford Junior University* | | X |

**IT IS SO ORDERED.**

Dated: May 5, 2026

P. Casey Pitts
United States District Judge