**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

JANE DOE,

        Plaintiff,

    v.

BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY, et al.,

        Defendants.

Case No.  5:26-cv-03809-BLF

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

Plaintiff has filed a motion for leave to proceed *in forma pauperis* ("IFP").  ECF No. 2.

IFP applications are governed by 28 U.S.C. § 1915, which provides in relevant part that "any court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees . . . by a person who submits an affidavit . . . that the person is unable to pay such fees."  28 U.S.C. § 1915(a).  The Court GRANTS the IFP application.

When a district court grants IFP status, the court must screen the complaint and dismiss the action if it is frivolous.  28 U.S.C. § 1915(e)(2)(B).  If the complaint survives the initial screening, the court must "order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court."  Fed. R. Civ. P. 4(c)(3).  The Court will screen Plaintiff's complaint and only order service if the Court determines that the complaint survives initial screening.

**IT IS SO ORDERED.**

Dated:  May 5, 2026

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California