**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

JANE DOE,

            Plaintiff,

    v.

BOARD OF TRUSTEES OF LELAND
STANFORD JUNIOR UNIVERSITY, et al.,

           Defendants.

Case No.  5:26-cv-03809-BLF

**ORDER GRANTING TERMPORARY
SEALING MOTION**

[Re: ECF No. 6]

Plaintiff filed an administrative motion requesting leave to file certain exhibits with her identifying information under seal pending her motion for leave to proceed pseudonymously.  The motion is GRANTED.

    **IT IS SO ORDERED.**

Dated:  May 7, 2026

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California