**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JANE DOE,<br><br>             Plaintiff,<br>    v.<br><br>BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY, et al.,<br><br>             Defendants. | Case No.  5:26-cv-03809-BLF<br><br>**ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF**<br><br>[Re: ECF No. 27] |

Pro se Plaintiff requests a court order permitting her to file an unnoticed motion for leave to proceed under pseudonym and for relief from the Court's standing order requiring chambers copies.  ECF No. 27.  Plaintiff being located outside of the United States and proceeding in forma pauperis, the motion is GRANTED.  Plaintiff is advised that she need only submit filings to ECF and that it is not necessary to send such filings to blfpo@cand.uscourts.gov .

**IT IS SO ORDERED.**

Dated:  May 7, 2026

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California