United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JANE DOE,<br><br>            Plaintiff,<br><br>      v.<br><br>BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY, et al.,<br><br>            Defendants. | Case No.  5:26-cv-03809-BLF<br><br>**ORDER DENYING ADMINISTRATIVE MOTION**<br><br>[Re: ECF No. 30] |

Plaintiff filed an administrative motion requesting expedited briefing on a motion for a preliminary injunction.  ECF No. 30.  The Court has since screened and dismissed the first amended complaint pursuant to 28 U.S.C. § 1915(e)(2)(B).  *See* ECF No. 31.  There being no operative pleading in this action, the motion is DENIED.

**IT IS SO ORDERED.**

Dated:  May 11, 2026

_____
BETH LABSON FREEMAN
United States District Judge