JANE DOE
c/o Secretary of State, Safe at Home
P.O. Box 1198
Sacramento, CA 95812

Plaintiff, In Propria Persona

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSÉ DIVISION**

| | |
|---|---|
| JANE DOE, an individual,<br><br>    Plaintiff,<br><br> v.<br><br>THE BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY, *et al.*,<br><br>    Defendants. | Case No.: 5:26-cv-03809-BLF<br><br>**ADMINISTRATIVE MOTION FILE EXHIBITS UNDER SEAL AND FILE THE SECOND AMENDED COMPLAINT UNDER SEAL PURSUANT TO THIS COURT'S ORDER AT ECF NO. 28** |

Pursuant to this Court's order at ECF No. 28 granting the Plaintiff broad temporary sealing orders pending the disposition of the forthcoming motion for leave to proceed pseudonymously, the Plaintiff is launching exhibits in support of her Complaint entirely entire provisional seal. Depending on the outcome of her motion for leave to proceed pseudonymously, the Plaintiff shall file narrower sealing motions after the disposition of her motion for leave to proceed pseudonymously. The Plaintiff is also moving to file a partially sealed complaint. The only portions of the complaint over which seal is sought is portions of the complaint where a state court action where the Plaintiff's legal name appears; as such, not sealing those portions would result in the inadvertent result of disclosing the Plaintiff's identity.

Respectfully submitted,

DATED: May 12, 2026.

/s/ Jane Doe

JANE DOE

In Propria Persona

ADMINISTRATIVE MOTION FILE EXHIBITS UNDER SEAL AND FILE THE SECOND AMENDED COMPLAINT UNDER SEAL PURSUANT TO THIS COURT'S ORDER AT ECF NO. 28

5:26-cv-03809-BLF