# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

JANE DOE,

        Plaintiff,

   v.

BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY, et al.,

        Defendants.

Case No.  5:26-cv-03809-BLF

**ORDER GRANTING TEMPORARY SEALING MOTION**

[Re: ECF No. 34]

Plaintiff filed an administrative motion requesting leave to file certain exhibits with her identifying information under seal pending her motion for leave to proceed pseudonymously.  The motion is GRANTED.

    **IT IS SO ORDERED.**

Dated:  May 12, 2026

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California