**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JANE DOE, | Case No.  5:26-cv-03809-BLF |
| Plaintiff, | |
| v. | **ORDER GRANTING ADMINISTRATIVE MOTION** |
| BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY, et al., | [Re: ECF Nos. 33, 34] |
| Defendants. | |

On May 8, 2026, the Court screened and dismissed Plaintiff's first amended complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) with leave to file a second amended complaint by May 22, 2026.  ECF No. 31.  The Court admonished Plaintiff that no new parties or claims could be added without seeking leave of the Court.  *Id.* at 13.  On May 11, 2026, Plaintiff nonetheless filed a second amended complaint adding both, *see* ECF No. 33, requesting leave to amend the next day, ECF No. 36.

Plaintiff represents that she did not seek leave of the Court due the "time constraints" imposed on her by the Court's prior order, *see* ECF No. 36 at 2, despite filing the second amended complaint eleven days prior to her deadline to file.  In consideration of Plaintiff's pro se status, the motion is GRANTED.

**IT IS SO ORDERED.**

Dated:  May 12, 2026

_____
BETH LABSON FREEMAN
United States District Judge