**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JANE DOE,<br><br>                  Plaintiff,<br><br>        v.<br><br>BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY, et al.,<br><br>                  Defendants. | Case No.  5:26-cv-03809-BLF<br><br>**ORDER SCREENING SECOND AMENDED COMPLAINT AND DIRECTING PLAINTIFF TO PROVIDE DEFENDANTS' ADDRESSES FOR SERVICE** |

On May 5, 2026, Court granted Plaintiff's IFP application but reserved ordering service on Defendants until the Court completed its initial screen of the first amended complaint pursuant to 28 U.S.C. § 1915(e)(2)(B).  ECF No. 25  On May 8, 2026, the Court screened and dismissed the first amended complaint.  ECF No. 31.  Plaintiff filed the second amended complaint on May 11, 2026.  ECF No. 33.  The Court concludes that at least one claim in the second amended complaint meets the minimal threshold necessary to survive screening.  IT IS HEREBY ORDERED THAT:

(1) Plaintiff SHALL file addresses at which each Defendant may be served within one week of the date of this order.

(2) After receipt of Plaintiff's filing, the Clerk of shall issue the summons.  The U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint and this order upon Defendants.

**IT IS SO ORDERED.**

Dated:  May 12, 2026

_____
BETH LABSON FREEMAN
United States District Judge