Case No.: 5:26-cv-03809-BLF

TO THE CLERK OF THE COURT:

Pursuant to this Court's order at ECF No. 39, screening the Plaintiff's complaint and finding it sufficient thereto, and directing the Plaintiff to provide the addresses of service for the defendants for the issuance of summons and their service thereto (among other case initiating documents)[1], the Plaintiff provides such notice as follows.

THE BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY
Office of General Counsel
450 Jane Stanford Way
Building 170, 3rd Floor
Stanford, CA  94305;

STANFORD UNIVERSITY DEPARTMENT OF PUBLIC SAFETY
Office of General Counsel
450 Jane Stanford Way
Building 170, 3rd Floor
Stanford, CA  94305;

LAURA L. WILSON
Stanford Department of Public Safety
233 Bonair Siding Rd,
Stanford, CA 94305;

JASON A. SMITH
Stanford Department of Public Safety
233 Bonair Siding Rd,
Stanford, CA 94305;

JASON BARNES
Stanford Department of Public Safety
233 Bonair Siding Rd,
Stanford, CA 94305;

---

[1] The Plaintiff notes that the unsealed version of the Complaint be transmitted to the U.S. Marshal's service for service on the defendants, to be found at ECF No. 34-1.

JON HERNANDEZ
Stanford Department of Public Safety
233 Bonair Siding Rd,
Stanford, CA 94305.;

LYDIA BRICE MORGAN-HERMAN
Stanford Department of Public Safety
233 Bonair Siding Rd,
Stanford, CA 94305;

RICHARD HARDING SHAW, JUNIOR
Office of Undergraduate Admission
Montag Hall
355 Galvez Street
Stanford, CA 94305-6106;

MICHAEL DEVLIN
Office of Undergraduate Admission
Montag Hall
355 Galvez Street
Stanford, CA 94305-6106;

JEN CASEBEER-BLUM
Office of Undergraduate Admission
Montag Hall
355 Galvez Street
Stanford, CA 94305-6106;

DEBRA L. ZUMWAHLT
Office of General Counsel
450 Jane Stanford Way
Building 170, 3rd Floor
Stanford, CA  94305;

PARINAZ ZARTOSHTY
Bechtel International Center
584 Capistrano Way,
Stanford, CA 94305;

SHIRLEY J. EVERETT
Stanford Residential and Dining Enterprises
609 Escondido Road
Stanford, CA 94305;

JAMES R. JACOBS
Vaden Health Center
866 Campus Drive,
Stanford, CA 94305.