JANE DOE
c/o Secretary of State, Safe at Home
P.O. Box 1198
Sacramento, CA 95812

Plaintiff, In Propria Persona

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSÉ DIVISION**

| | |
|---|---|
| JANE DOE, an individual, | Case No.: 5:26-cv-03809-BLF |
| Plaintiff, | **ADMINISTRATIVE MOTION TO DIRECT THE CLERK OF THE COURT TO CORRECT A CLERICAL ERROR AT ECF NO. 42-2** |
| v. | |
| THE BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY, *et al.*, | Before the Honorable Beth Labson Freeman |
| Defendants. | |

Pursuant to Civil L.R. 7-11, Plaintiff hereby seeks an "miscellaneous administrative" remedy.

The Plaintiff respectfully moves this Court to direct the Clerk of the Court to correct what appears to the Plaintiff to be a clerical error. Although the Clerk of the Court properly signed all of the forms USM-285 issued in this action, requesting service to be effectuated on the defendants by the U.S. Marshal's Service, the Plaintiff realized that the Clerk of the Court did not sign the USM-285 form requesting service of summons and complaint on the Defendant Board of Trustees of Leland Stanford Junior University. *See* ECF No. 42-2. *See also* Exhibit A.

In the normal course of events, when one's opposing counsel is reasonable, this would not have been an issue on which judicial resources must be spent. But given what is provided to this

NOTICE OF *ERRATA* TO REQUEST FOR JUDICIAL NOTICE AND INCORPORATION BY REFERENCE (AS A TABLE FOR THE COURT'S CONVENIENCE)

5:26-cv-03809-BLF

Court in Exhibit B,[1] and because the defense counsel's previous gamesmanship in attempting to delay the matter from reaching its merits when *clear and proper* service has been effectuated on the defendants, unfortunately, the Plaintiff has to waste both her time and this Court's for such anserine matters.

Accordingly, the Plaintiff moves this Court to direct the Clerk of the Court to sign the USM-285 form at Dkt No. 42-2. The Plaintiff is embarrassed that this is brought before this Court. Yet it needs to, given defendants absurd conduct heretofore.

Respectfully submitted,

DATED: May 14, 2026.

/s/ Jane Doe
_____

JANE DOE

In Propria Persona

---

[1] The Plaintiff redacted her identifying characteristics from this exhibit and cropped the attachments to it so as to not burden this Court with reading over 21 pages of exhibits unrelated to the matter at hand. The original version of the Exhibit could be found at ECF No. 130 in case *Doe v. Smith, et al.* 5:25-cv-03490-PCP (N.D. Cal 2025).

NOTICE OF *ERRATA* TO REQUEST FOR JUDICIAL NOTICE AND INCORPORATION BY REFERENCE (AS A TABLE FOR THE COURT'S CONVENIENCE)

5:26-cv-03809-BLF