**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

|  |  |
|---|---|
| JANE DOE,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY, et al.,<br><br>　　　　　　　Defendants. | Case No.  5:26-cv-03809-BLF<br><br>**ORDER DENYING MOTION FOR LEAVE TO EXCEED PAGE LIMIT**<br><br>[ECF No. 46] |

Plaintiff seeks leave to file a 53-page brief in connection with her upcoming motion for a preliminary injunction.  ECF No. 46.  As Plaintiff notes, that is "*twice* as many pages as the local rules permit." *Id.* at 3.  The motion is DENIED.  Plaintiff is also admonished that all future filings must comply with the Court's standing orders, which set page limits of 25 pages for dispositive motions and 10 pages for nondispositive motions, require all written text (including footnotes and quotations) to be no less than 12-point type and double-spaced, and limit footnotes to five per brief.  *See* Standing Order re Civil Cases, available at https://cand.uscourts.gov/sites/default/files/standing-orders/BLF-Standing-Order-Re-Civil-Cases-Rev-Oct-7-2024-1.pdf .  Future noncompliant briefs will be stricken.

　　　　**IT IS SO ORDERED.**

Dated:  May 18, 2026

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California