**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

JANE DOE,

            Plaintiff,

    v.

BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY, et al.,

            Defendants.

Case No.  5:26-cv-03809-BLF

**ODER DENYING ADMINISTRATIVE MOTION**

[Re: ECF No. 45]

Plaintiff has filed an administrative motion requesting that the Court direct the Clerk of Court to "correct . . . a clerical error[,]" asserting that Clerk "did not sign the USM-285 form requesting service of summons and complaint on the Defendant Board of Trustees of Leland Stanford Junior University." ECF No. 45 at 1.  Plaintiff has attached as Exhibit A to her motion what she represents is an unsigned USM-285 form appearing at ECF No. 42-2. *See id.*  The USM-285 form appearing at ECF No. 42-2, however, bears the Clerk's signature:

| | ☐ DEFENDANT | 415-522-2000 | 13 May 2026 |

ECF No. 42-2 at 1.

The motion is accordingly DENIED.

**IT IS SO ORDERED.**

Dated:  May 18, 2026

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California