JANE DOE
c/o Secretary of State, Safe at Home
P.O. Box 1198
Sacramento, CA 95812

Plaintiff, In Propria Persona

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSÉ DIVISION**

| | |
|---|---|
| JANE DOE, an individual, | Case No.: 5:26-cv-03809-BLF |
| Plaintiff, | **ADMINISTRATIVE MOTION FOR LEAVE TO FILE A MOTION FOR PRELIMINARY INJUNCTION HAVING CONFIRMED THAT DEFENDANTS HAVE BEEN SERVED, FOR AN ADVANCED HEARING DATE THEREON WITHOUT WRITTEN BRIEFING, AND FOR LEAVE TO SERVE DEFENDANTS THE MOTION VIA EMAIL** |
| v. | |
| BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY, *et al*., | |
| Defendants. | |
| | Before the Honorable Beth Labson Freeman |

Pursuant to Civil L.R. 7-11, Plaintiff hereby moves the Court and seeks a "miscellaneous administrative" remedy.

This motion renews the Plaintiff's administrative motions at ECF No.s. 30 and 41. The Court denied the administrative motion at ECF No. 41, and noted that its denial was "without prejudice to renewing the request after Defendants are served[.]" ECF No. 48.

The Plaintiff was able to confirm that defendants were served—specifically the Board of Trustees of Leland Stanford Junior University, the defendant against whom the Plaintiff will be seeking preliminary injunctive relief. *See* Appendix A. As such, the Plaintiff hereby renews her motions at ECF No.s. 30 and 41. The Plaintiff assumes that she need not make the same arguments

1

already contained in ECF No.s. 30 and 41. Ordinarily, the Plaintiff would have incorporated those motions herein as if fully set herein, but this Court's Standing Orders prohibits incorporations by reference, so, of course, the Plaintiff shall abide by this Honorable Court's Standing Orders.

Accordingly, Plaintiff seeks leave to be able to file a motion for preliminary injunction. The Plaintiff previously sought leave to be able to file an over-length motion, and although the Court seems to have *sub silentio* recognized that while the issues the Motion raises are complex, the Plaintiff's request was unreasonable as she requested leave to file a brief "*twice* as many pages as the local rules permit[.]" ECF No. 49 (italics in the original). Accordingly, the Plaintiff intends to narrowly tailor her motion for preliminary injunction to the narrow issue of Fourteenth Amendment procedural due process, while preserving her likelihood of success on all the other claims to another motion if need be. To that extent, because the procedural due process issue involves a novelty brought in this Circuit by *Dudley v. Boise State Univ.,* 152 F.4th 981 (9th Cir. 2025), *see* ECF No. 46, at pp. 3-4, the Plaintiff wonders if the Court would be able to grant a more modest leave from page limits. Of course, the Plaintiff is cognizant that "page limits are not mere formalities. They are important. Page limits promote judicial economy and encourage litigants to hone their arguments and to eliminate excessive verbiage." *Lacomba v. Eagle Home Loans & Inv., LLC*, No. 2:23-cv-00370-KJM-DB, 2023 U.S. Dist. LEXIS 169433, at *2 (E.D. Cal. Sep. 21, 2023) (inner citations omitted). To that extent, the Plaintiff hopes that the Court will not construe this request as disrespect to the Court's time. Once the Court sets the maximum page limits it will permit for this motion for preliminary injunction, the Plaintiff will edit her proposed motion to comply with those limits.

Further, as the Plaintiff also requested earlier, the Plaintiff requests an advanced hearing date to hear the motion for preliminary injunction and contends that oral notice is sufficient before issuing a preliminary injunction. *See Armstrong v. Brown*, 768 F.3d 975, 980 (9th Cir. 2014). As

2

such, the Plaintiff respectfully requests an advanced hearing date on the Plaintiff's forthcoming motion for preliminary injunction.

Finally, because counsel is yet to enter her appearance on PACER/ECF, the Plaintiff respectfully seeks leave to be able to effectuate service on the defendants via email. *See, e.g., Boaventura v. Mullin*, No. 26-cv-04119-BLF, 2026 U.S. Dist. LEXIS 100844, at *8 (N.D. Cal. May 6, 2026) ["Email service is permitted."] (opn. of Freeman, J.).

Respectfully submitted,

DATED: May 21, 2026.

/s/ Jane Doe
_____
JANE DOE

In Propria Persona