**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JANE DOE,<br><br>                    Plaintiff,<br><br>         v.<br><br>BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY, et al.,<br><br>                    Defendants. | Case No.  5:26-cv-03809-BLF<br><br>**ORDER REGARDING ADMINISTRATIVE MOTION**<br><br>[Re: ECF No. 53] |

Plaintiff filed an "administrative motion" seeking "leave to be able to file a motion for preliminary injunction," an expedited hearing date, and renewing her previously denied request to exceed the page limit thereto.  ECF No. 53.  Plaintiff asserts that "the Court seems to have *sub silentio* recognized that . . . the issues the Motion raises are complex."  *Id.* at 2.  The Court did no such thing and admonishes Plaintiff that the Court rules only on the issues that are properly before it.  Plaintiff may file a motion for a preliminary injunction once Defendants have been served.  To the extent she seeks a departure from the Court's ordinary procedures, the request is DENIED.  Plaintiff may contact the Court's Courtroom Deputy to reserve a hearing date.  Any filings that fail to comply with the civil local rules or the Court's Standing Order will be stricken.

         **IT IS SO ORDERED.**

Dated:  May 22, 2026

_____
BETH LABSON FREEMAN
United States District Judge