United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JANE DOE,<br><br>             Plaintiff,<br><br>      v.<br><br>BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY, et al.,<br><br>             Defendants. | Case No.  5:26-cv-03809-BLF<br><br>**ORDER REGARDING ADMINISTRATIVE MOTION FOR CLARIFICATION**<br><br>[Re: ECF No. 55] |

Plaintiff requests clarification as to the page limit for her pending motion for leave to proceed under pseudonym.  ECF No. 55 ("Mot.").  The page limit is ten pages.  *See* Mot. at 2 (citing Standing Order re Civil Cases § IV.A.4).  Based on the Court's experience, the motion can be thoroughly briefed in three pages, as the subject matter is not complex.  Ten pages is more than adequate and is the maximum length permitted.

**IT IS SO ORDERED.**

Dated:  May 22, 2026

_____

BETH LABSON FREEMAN
United States District Judge