**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JANE DOE,<br><br>          Plaintiff,<br>    v.<br><br>BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY, et al.,<br><br>          Defendants. | Case No. 5:26-cv-03809-BLF<br><br>**ORDER DENYING ADMINISTRATIVE MOTION FOR LEAVE TO FILE OVER-LENGTH MOTION FOR PRELIMINARY INJUNCTION; STRIKING NONCOMPLIANT BRIEF**<br><br>[Re: ECF Nos. 58, 59] |

On May 18, 2026, the Court denied Plaintiff's administrative motion to file an over-length motion for preliminary injunction.  ECF No. 49.  In disregard of that order, Plaintiff filed a twenty-nine-page motion for preliminary injunction with six footnotes and filed an additional motion for leave to file an over-length brief.  *See* ECF No. 58 (administrative motion); ECF No. 59 (motion for preliminary injunction).  The administrative motion is DENIED.  The noncompliant brief at ECF No. 59 is STRICKEN without prejudice to re-file.

The Court admonishes Plaintiff that all written text, including footnotes and quotations, must be double-spaced.  *See* Standing Order re Civil Cases § IV.E.

**IT IS SO ORDERED.**

Dated: May  26, 2026

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California