United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

JANE DOE,

          Plaintiff,

   v.

BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY, et al.,

          Defendants.

Case No.  5:26-cv-03809-BLF

**ORDER DENYING ADMINISTRATIVE MOTIONS**

[Re: ECF Nos. 60, 63]

Plaintiff filed an administrative motion to advance the hearing date on her motion for preliminary injunction.  ECF Nos. 60, 63.  The administrative motions are DENIED.  Additionally, the request for an *in camera* review of certain documents is DENIED.  Plaintiff has failed to show good cause for these requests—no further motions to advance the hearing date or conduct an *in camera* review may be filed.

    **IT IS SO ORDERED.**

Dated:  May 26, 2026

_____
BETH LABSON FREEMAN
United States District Judge