**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

JANE DOE,

            Plaintiff,

    v.

BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY, et al.,

            Defendants.

Case No.  5:26-cv-03809-BLF

**ORDER DENYING ADMINSTRATIVE MOTION**

[Re: ECF No. 69]

Plaintiff requests that the Court "expedite" the briefing schedule for Plaintiff's motion for preliminary injunction by about five days.  ECF No. 69.  The motion is DENIED.

**IT IS SO ORDERED.**

Dated:  May 29, 2026

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California