**U.S. Department of Justice**
United States Marshals Service

MAY 21 2026

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Jane Doe | 5:26-cv-03809-BLF |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Board of Trustees of Leland Stanford Junior University et al | Summons, Complaint and Order |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Jason A. Smith

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Stanford Department of Public Safety 233 Bonair Siding Rd, Stanford, CA 94305

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Jane Doe<br>Secretary of State, Safe at Home Program<br>P.O. Box 1198 (#4792)<br>Sacramento, CA 94305 | Number of process to be served with this Form 285 | 3 |
| | Number of parties to be served in this case | 14 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| | 415-522-2000 | 13 May 2026 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3 | No. 11 | No. 11 | | 05/14/26 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date 5/14/26 | Time 3:00 | ☐ am ☒ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

RECEIVED
MAY 14, 26
UNITED STATES MARSHAL
NORTHERN DISTRICT
OF CALIFORNIA

☞ Acknowledgement ☜

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

FILED

MAY 21 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Jane Doe | 5:26-cv-03809-BLF |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Board of Trustees of Leland Stanford Junior University et al | Summons, Complaint, Order |

SERVE AT {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Jason Barnes

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Stanford Department of Public Safety 233 Bonair Siding Rd, Stanford, CA 94305

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Jane Doe <br> Secretary of State, Safe at Home Program <br> P.O. Box 1198 (#4792) <br> Sacramento, CA 94305 | Number of process to be served with this Form 285 | 3 |
| | Number of parties to be served in this case | 14 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| *(signature)* | 415-522-2000 | 13 May 2026 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 3 | District of Origin No. 11 | District to Serve No. 11 | Signature of Authorized USMS Deputy or Clerk | Date 05/14/26 |
|---|---|---|---|---|---|

I hereby certify and return that I [ ] have personally served , [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date 5/14/26 | Time 3:00 | [ ] am [X] pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

Costs shown on *attached USMS Cost Sheet* >>

REMARKS

Acknowledgement



RECEIVED

MAY 14, 26

UNITED STATES MARSHAL
NORTHERN DISTRICT
OF CALIFORNIA

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

FILED

MAY 21 2026

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>Jane Doe | CLERK, U.S. DISTRICT COURT<br>NORTH DISTRICT OF CALIFORNIA | COURT CASE NUMBER<br>5:26-cv-03809-BLF |
|---|---|---|
| DEFENDANT<br>Board of Trustees of Leland Stanford Junior University et al | | TYPE OF PROCESS<br>Summons, Complaint and Order |

| SERVE AT { | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Laura L. Wilson |
|---|---|
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*<br>Stanford Department of Public Safety 233 Bonair Siding Rd, Stanford, CA 94305 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Jane Doe<br>Secretary of State, Safe at Home Program<br>P.O. Box 1198 (#4792)<br>Sacramento, CA 94305 | Number of process to be served with this Form 285 | 3 |
| | Number of parties to be served in this case | 14 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses,
All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER<br>415-522-2000 | DATE<br>13 May 2026 |
|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>3 | District of Origin<br>No. 11 | District to Serve<br>No. 11 | Signature of Authorized USMS Deputy or Clerk | Date<br>05/14/26 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date<br>5/14/26 | Time<br>3:00 | ☐ am<br>☒ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

*Costs shown on* *attached USMS Cost Sheet* >>

REMARKS



RECEIVED
MAY 14, 26
UNITED STATES MARSHAL
NORTHERN DISTRICT
OF CALIFORNIA

Acknowledgement

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

FILED

MAY 21 2026

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Jane Doe | 5:26-cv-03809-BLF |

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Board of Trustees of Leland Stanford Junior University et al | Summons, Complaint and Order |

**SERVE AT** { 

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Parinaz Zartoshty

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Bechtel International Center 584 Capistrano Way, Stanford, CA 94305

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Jane Doe<br>Secretary of State, Safe at Home Program<br>P.O. Box 1198 (#4792)<br>Sacramento, CA 94305 | Number of process to be served with this Form 285 | 3 |
| | Number of parties to be served in this case | 14 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *(signature)* | | 415-522-2000 | 13 May 2026 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3 | No. 11 | No. 11 | *(signature)* | 05/14/26 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am ☒ pm |
|---|---|---|---|
| | 5/14/26 | 3:00 | |
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy<br>*(signature)* | | |

*Costs shown on <u>attached USMS Cost Sheet</u> >>*

REMARKS

RECEIVED

MAY 14, 26

UNITED STATES MARSHAL
NORTHERN DISTRICT
OF CALIFORNIA

※ Acknowledgement ※

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

FILED

MAY 2 1 2026

**PROCESS RECEIPT AND RETURN**
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>Jane Doe | CLERK, U.S. DISTRICT COURT<br>NORTH DISTRICT OF CALIFORNIA | COURT CASE NUMBER<br>5:26-cv-03809-BLF |
|---|---|---|
| DEFENDANT<br>Board of Trustees of Leland Stanford Junior University et al | | TYPE OF PROCESS<br>Summons, Complaint and Order |

| SERVE { | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Board of Trustees of Leland Stanford Junior University |
| AT { | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*<br>Office of General Counsel 450 Jane Stanford Way Building 170, 3rd Floor Stanford, CA 94305 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Jane Doe<br>Secretary of State, Safe at Home Program<br>P.O. Box 1198 (#4792)<br>Sacramento, CA 94305 | Number of process to be<br>served with this Form 285 | 3 |
| | Number of parties to be<br>served in this case | 14 |
| | Check for service<br>on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses,
All Telephone Numbers, and Estimated Times Available for Service)*:

| Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>415-522-2000 | DATE<br>13 May 2026 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total<br>number of process indicated.<br>*(Sign only for USM 285 if more<br>than one USM 285 is submitted)* | Total Process<br>3 | District of<br>Origin<br>No. 11 | District to<br>Serve<br>No. 11 | Signature of Authorized USMS Deputy or Clerk | Date<br>05 14 26 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the
individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date<br>5 14 26 | Time<br>3:00 | ☐ am<br>☒ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

RECEIVED
MAY 14, 26
UNITED STATES MARSHAL
NORTHERN DISTRICT
OF CALIFORNIA

⊛ Acknowledgement ⊛

Form USM-285
Rev. 03/21

**FILED**

**MAY 21 2026**

| | | |
|---|---|---|
| **U.S. Department of Justice**<br>United States Marshals Service | | **PROCESS RECEIPT AND RETURN**<br>*See "Instructions for Service of Process by U.S. Marshal"* |

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

| PLAINTIFF<br>Jane Doe | COURT CASE NUMBER<br>5:26-cv-03809-BLF |
|---|---|
| DEFENDANT<br>Board of Trustees of Leland Stanford Junior University et al | TYPE OF PROCESS<br>Summons, Complaint and Order |

| | |
|---|---|
| **SERVE AT** { | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Stanford University Department of Public Safety<br><br>ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*<br>Office of General Counsel 450 Jane Stanford Way Building 170, 3rd Floor Stanford, CA 94305 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Jane Doe<br>Secretary of State, Safe at Home Program<br>P.O. Box 1198 (#4792)<br>Sacramento, CA 94305 | Number of process to be served with this Form 285 | 3 |
| | Number of parties to be served in this case | 14 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

| Signature of Attorney other Originator requesting service on behalf of:<br>☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>415-522-2000 | DATE<br>13 May 2026 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>3 | District of Origin<br>No. 11 | District to Serve<br>No. 11 | Signature of Authorized USMS Deputy or Clerk | Date<br>05/14/26 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date<br>5/14/26 | Time<br>3:00 ☐ am ☒ pm |
|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

**RECEIVED**

MAY 14, 26

UNITED STATES MARSHAL
NORTHERN DISTRICT
OF CALIFORNIA

✷ Acknowledgement ✷

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

MAY 21 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF  Jane Doe | COURT CASE NUMBER  5:26-cv-03809-BLF |
|---|---|
| DEFENDANT  Board of Trustees of Leland Stanford Junior University et al | TYPE OF PROCESS  Summons, Complaint and Order |

| **SERVE AT** | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  Debra L. Zumwahlt |
|---|---|
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*  Office of General Counsel 450 Jane Stanford Way Building 170, 3rd Floor Stanford, CA 94305 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Jane Doe  Secretary of State, Safe at Home Program  P.O. Box 1198 (#4792)  Sacramento, CA 94305 | Number of process to be served with this Form 285 | 3 |
| | Number of parties to be served in this case | 14 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER  415-522-2000 | DATE  13 May 2026 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process  3 | District of Origin  No. 11 | District to Serve  No. 11 | Signature of Authorized USMS Deputy or Clerk | Date  05/14/26 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date  5/14/26 | Time  3:00 | ☐ am  ☒ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

*Costs shown on <u>attached USMS Cost Sheet</u> >>*

REMARKS



Ⓐ Acknowledgement Ⓐ

Form USM-285
Rev. 03/21

**FILED**

**MAY 2 1 2026**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Jane Doe | 5:26-cv-03809-BLF |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Board of Trustees of Leland Stanford Junior University et al | Summons, Complaint and Order |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Richard Harding Shaw, Jr.

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

Office of Undergraduate Admission Montag Hall 355 Galvez Street Stanford, CA 94305-6106

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Jane Doe<br>Secretary of State, Safe at Home Program<br>P.O. Box 1198 (#4792)<br>Sacramento, CA 94305 | Number of process to be served with this Form 285 | 3 |
| | Number of parties to be served in this case | 14 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *[signature]* | | 415-522-2000 | 13 May 2026 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3 | No. 11 | No. 11 | *[signature]* | 05/14/26 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date<br>5/14/26 | Time<br>3:00 | ☐ am<br>☒ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy<br>*[signature]* | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS



**RECEIVED**

**MAY 1 4, 26**

UNITED STATES MARSHAL
NORTHERN DISTRICT
OF CALIFORNIA

⊕ acknowledgement ⊕

Form USM-285
Rev. 03/21

**FILED**

MAY 21 2026

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

NORTH DISTRICT OF CALIFORNIA

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Jane Doe | 5:26-cv-03809-BLF |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Board of Trustees of Leland Stanford Junior University et al | Summons, Complaint and Order |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Jen Casebeer-Blum

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Office of Undergraduate Admission Montag Hall 355 Galvez Street Stanford, CA 94305-6106

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Jane Doe<br>Secretary of State, Safe at Home Program<br>P.O. Box 1198 (#4792)<br>Sacramento, CA 94305 | Number of process to be served with this Form 285 | 3 |
| | Number of parties to be served in this case | 14 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| *[signature]* | 415-522-2000 | 13 May 2026 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3 | No. 11 | No. 11 | *[signature]* | 05/14/26 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am ☒ pm |
|---|---|---|---|
| | 05/14/26 | 3:00 | |
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
| | *[signature]* |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

☆ acknowledgement ☆

RECEIVED

MAY 14, 26

UNITED STATES MARSHAL
NORTHERN DISTRICT
OF CALIFORNIA

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

FILED

MAY 2 1 2026

**PROCESS RECEIPT AND RETURN**
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF <br> Jane Doe | CLERK, U.S. DISTRICT COURT <br> NORTH DISTRICT OF CALIFORNIA | COURT CASE NUMBER <br> 5:26-cv-03809-BLF |
|---|---|---|
| DEFENDANT <br> Board of Trustees of Leland Stanford Junior University et al | | TYPE OF PROCESS <br> Summons, Complaint and Order |

| | | |
|---|---|---|
| **SERVE AT** { | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN <br> Michael Devlin | |
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* <br> Office of Undergraduate Admission Montag Hall 355 Galvez Street Stanford, CA 94305-6106 | |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Jane Doe <br> Secretary of State, Safe at Home Program <br> P.O. Box 1198 (#4792) <br> Sacramento, CA 94305 | Number of process to be served with this Form 285 — **3** <br> Number of parties to be served in this case — **14** <br> Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of:   ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER <br> 415-522-2000 | DATE <br> 13 May 2026 |
|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process <br> 3 | District of Origin <br> No. 11 | District to Serve <br> No. 11 | Signature of Authorized USMS Deputy or Clerk | Date <br> 05/14/26 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date <br> 5/14/26 | Time <br> 3:00 | ☐ am ☒ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS



⊕ Acknowledgement ⊕

Form USM-285
Rev. 03/21

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>*See "Instructions for Service of Process by U.S. Marshal"* |
|---|---|

MAY 21 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

| PLAINTIFF<br>Jane Doe | COURT CASE NUMBER<br>5:26-cv-03809-BLF |
|---|---|
| DEFENDANT<br>Board of Trustees of Leland Stanford Junior University et al | TYPE OF PROCESS<br>Summons, Complaint and Order |

| **SERVE AT** { | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Shirley J. Everett |
|---|---|
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*<br>Stanford Residential and Dining Enterprises 609 Escondido Road Stanford, CA 94305 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Jane Doe<br>Secretary of State, Safe at Home Program<br>P.O. Box 1198 (#4792)<br>Sacramento, CA 94305 | Number of process to be<br>served with this Form 285 | 3 |
| | Number of parties to be<br>served in this case | 14 |
| | Check for service<br>on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses,*
*All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER<br>415-522-2000 | DATE<br>13 May 2026 |
|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total<br>number of process indicated.<br>*(Sign only for USM 285 if more*<br>*than one USM 285 is submitted)* | Total Process<br>3 | District of<br>Origin<br>No. 1( | District to<br>Serve<br>No. 1( | Signature of Authorized USMS Deputy or Clerk | Date<br>05/14/26 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date<br>5/14/26 | Time<br>3:00 | ☐ am<br>☒ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

*Costs shown on <u>attached USMS Cost Sheet</u> >>*

REMARKS


RECEIVED
MAY 14, 26
UNITED STATES MARSHAL
NORTHERN DISTRICT
OF CALIFORNIA

*Acknowledgement*

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

FILED

MAY 21 2026

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF<br>Jane Doe | CLERK, U.S. DISTRICT COURT<br>NORTH DISTRICT OF CALIFORNIA | COURT CASE NUMBER<br>5:26-cv-03809-BLF |
|---|---|---|
| DEFENDANT<br>Board of Trustees of Leland Stanford Junior University et al | | TYPE OF PROCESS<br>Summons, Complaint and Order |

| SERVE AT { | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>James R. Jacobs |
|---|---|
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*<br>Vaden Health Center 866 Campus Drive, Stanford, CA 94305 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Jane Doe<br>Secretary of State, Safe at Home Program<br>P.O. Box 1198 (#4792)<br>Sacramento, CA 94305 | Number of process to be served with this Form 285 — **3** |
| | Number of parties to be served in this case — **14** |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of:<br>☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>415-522-2000 | DATE<br>13 May 2026 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>3 | District of Origin<br>No. 11 | District to Serve<br>No. 11 | Signature of Authorized USMS Deputy or Clerk | Date<br>05/14/26 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date<br>5/14/26 | Time<br>8:00 | ☐ am<br>☒ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS



RECEIVED
MAY 14, 26
UNITED STATES MARSHAL
NORTHERN DISTRICT
OF CALIFORNIA

Acknowledgement

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

FILED

MAY 21 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Jane Doe | 5:26-cv-03809-BLF |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Board of Trustees of Leland Stanford Junior University et al | Summons, Complaint and Order |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Lydia Brice Morgan-Herman

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Stanford Department of Public Safety 233 Bonair Siding Rd, Stanford, CA 94305

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Jane Doe <br> Secretary of State, Safe at Home Program <br> P.O. Box 1198 (#4792) <br> Sacramento, CA 94305 | Number of process to be served with this Form 285 | 3 |
| | Number of parties to be served in this case | 14 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF <br> ☐ DEFENDANT | TELEPHONE NUMBER <br> 415-522-2000 | DATE <br> 13 May 2026 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process <br> 3 | District of Origin <br> No. 11 | District to Serve <br> No. 11 | Signature of Authorized USMS Deputy or Clerk | Date <br> 05/14/25 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date <br> 5/14/26 | Time <br> 3:00 | ☐ am <br> ☒ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS



RECEIVED

MAY 14, 26

UNITED STATES MARSHAL
NORTHERN DISTRICT
OF CALIFORNIA

⊕ Acknowledgement ⊕

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

FILED

MAY 21 2026

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF<br>Jane Doe | CLERK, U.S. DISTRICT COURT<br>NORTH DISTRICT OF CALIFORNIA | COURT CASE NUMBER<br>5:26-cv-03809-BLF |
|---|---|---|
| DEFENDANT<br>Board of Trustees of Leland Stanford Junior University et al | | TYPE OF PROCESS<br>Summons, Complaint, and Order |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Jon Hernandez |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>Stanford Department of Public Safety 233 Bonair Siding Rd, Stanford, CA 94305 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Jane Doe<br>Secretary of State, Safe at Home Program<br>P.O. Box 1198 (#4792)<br>Sacramento, CA 94305 | Number of process to be served with this Form 285 | 3 |
| | Number of parties to be served in this case | 14 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses,*
*All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: | [X] PLAINTIFF<br>[ ] DEFENDANT | TELEPHONE NUMBER<br>415-522-2000 | DATE<br>13 May 2026 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>3 | District of Origin<br>No. 11 | District to Serve<br>No. 11 | Signature of Authorized USMS Deputy or Clerk | Date<br>05/14/26 |
|---|---|---|---|---|---|

I hereby certify and return that I [ ] have personally served , [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served *(if not shown above)* | Date<br>5/14/26 | Time<br>3:00 | [ ] am<br>[X] pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS



RECEIVED

MAY 14, 26

UNITED STATES MARSHAL
NORTHERN DISTRICT
OF CALIFORNIA


Acknowledgement

Form USM-285
Rev. 03/21