TONY LOPRESTI, County Counsel (S.B. #289269)
RICK C. CHANG, Deputy County Counsel (S.B. #209158)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East-Wing, Ninth Floor
San José, California  95110-1770
Telephone: (408) 299-5900
Facsimile:  (408) 292-7240
Rick.Chang@cco.sccgov.org

Attorneys for Defendant
LYDIA BRICE MORGAN-HERMAN

APPROVED

_Judge Beth Labson Freeman_

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San José Division)

| | |
|---|---|
| JANE DOE, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>THE BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY, a California Corporation, et al.,<br><br>        Defendants. | No. 26-cv-03809-BLF<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT LYDIA BRICE MORGAN-HERMAN TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |

Pursuant to Civil Local Rule 6-1(a), Plaintiff Jane Doe, appearing *pro se,* and Defendant Lydia Brice Morgan-Herman, by and through her counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed a Second Amended Complaint in the above-entitled action on May 11, 2026 [ECF No. 33];

WHEREAS, the Court screened the SAC and ordered certain Defendants, including Defendant Lydia Brice Morgan-Herman, to be served [ECF No. 39];

WHEREAS, Defendant Lydia Brice Morgan-Herman was served a redacted copy of the SAC on or around May 15, 2026;

WHEREAS, Plaintiff agreed to provide an unredacted copy of SAC and further agreed to extend the response date by 30-days.

/ /

1

Stipulation to Extend Time for Defendant Lydia Brice Morgan-Herman to Respond to Plaintiff's Second Amended Complaint                    26-cv-03809-BLF

WHEREAS; the parties have agreed and stipulated to extend the response date to Plaintiff's Second Amended Complaint to July 6, 2026.

NOW THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, the date for Defendant Lydia Brice Morgan-Herman to respond to Plaintiff's Second Amended Complaint is extended to July 6, 2026.

Dated:  June 2, 2026

Respectfully submitted,

TONY LOPRESTI
COUNTY COUNSEL

By: /s/ *Rick Chang*
RICK CHANG
Deputy County Counsel

Attorneys for Defendant
LYDIA BRICE MORGAN-HERMAN

Dated: June 2, 2026

In Pro Se Plaintiff

By: /s/ *Jane Doe*
JANE DOE

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

Dated: June 2, 2026

/s/ *Rick Chang*
RICK CHANG
Deputy County Counsel

2

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**PROOF OF SERVICE BY MAIL**

*Jane Doe v. The Board of Trustees of Leland Stanford Junior University, et al.*                    26-cv-03809 BLF

I, Linda Ramos, say:

I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding Street, East Wing, 9th Floor, San Jose, California 95110-1770. I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served a copy of the:

**STIPULATION TO EXTEND TIME FOR DEFENDANT LYDIA BRICE MORGAN-HERMAN TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

by email and sending a copy in an envelope addressed to:

Jane Doe                                                                                *In Pro Se Plaintiff*
c/o Secretary of State, Safe at Home Program
P.O. Box 1198 (#4792)
Sacramento, California 94305
Email: janedoejane0303@gmail.com

which envelope was then sealed, with postage fully prepaid thereon, on **June 2, 2026**, and placed for collection and mailing at my place of business following ordinary business practices. Said correspondence will be deposited with the United States Postal Service at San Jose, California, on the above-referenced date in the ordinary course of business; there is delivery service by United States mail at the place so addressed.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct, and that this declaration was executed on **June 2, 2026**, at San Jose, California.

DocuSigned by:

*Linda Ramos*

74082E408E5C47B...

Linda Ramos

3602740

1

Proof of Service by Mail                                                                    25-cv-06389 NC