**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

JANE DOE,

           Plaintiff,

     v.

BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY, et al.,

           Defendants.

Case No.  5:26-cv-03809-BLF

**ORDER REGARDING ADMINSITRATIVE MOTION**

[Re: ECF No. 92]

Plaintiff requests clarification whether she may file a reply to Defendants' opposition to her motion for preliminary injunction.  ECF No. 92.  Plaintiff may file a reply brief "not more than 7 days after the opposition [is] due."  Civ. L.R. 7-3(c).  The preliminary injunction motion will be submitted upon filing of Plaintiff's reply brief or seven days after Defendants' opposition brief, whichever is earlier.

**IT IS SO ORDERED.**

Dated:  June 3, 2026

_____

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California