JANE DOE
c/o Secretary of State, Safe at Home
P.O. Box 1198
Sacramento, CA 95812

Plaintiff, In Propria Persona

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSÉ DIVISION

| | |
|---|---|
| JANE DOE, an individual,<br><br>                    Plaintiff,<br><br>    v.<br><br>BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY, *et al.*,<br><br>                    Defendants. | Case No.: 5:26-cv-03809-BLF<br><br>**DECLARATION IN SUPPORT OF THE ADMINISTRATIVE MOTION FOR LEAVE TO FILE AN OVER-LENGTH REPLY BRIEF**<br><br>Before the Honorable Beth Labson Freeman |

I, JANE DOE, hereby declare as follows:

1. I am the Plaintiff in this action and am therefore authorized to execute this declaration hereof. I make this declaration based on my personal knowledge of the events, and if called to testify on those facts before any court of law, I would and could competently do so.

2. I make this declaration in support of my motion for leave to file an over length reply brief.

3. Early morning of June 13, 2026, after about seven hours after the defendants filed their Opposition to my Motion for Leave to Proceed Pseudonymously, I received an email from NoReplyKW@pillsburylaw.com.

4. The email read, "emily.young@pillsburylaw.com sent you a secure message."

5. When I clicked on "access message" button, I arrived at a page asking me to enter a password. A true and correct copy of this screen is as follows, captured from "https://pillsbury.kiteworks.com."



6. Defendants have not provided me any password to access this webpage.

7. When I contacted opposing counsel and referred them to my earlier email asking to be provided with a copy of conditionally filed under seal exhibits as email attachments and reminded them of this Court's order ordering sealed exhibits to be transmitted by electronic mailing, at the time of writing this declaration, I did not receive a response. *See* Appendix A.

8. I have not seen the defendants' exhibits but I am assuming that they are around hundreds of pages.

9. I had to write my reply brief without having seen the exhibits, given the approaching deadline to file the reply brief.

1

DECLARATION IN SUPPORT OF THE ADMINISTRATIVE MOTION FOR LEAVE TO FILE AN OVER-LENGTH REPLY BRIEF

5:26-cv-03809-BLF

10. In the past, I emailed opposing counsels three times to obtain stipulation before filing an administrative motion.

11. For each email, I received a one-line response, indicating, "We do not agree to stipulate."

12. This time, given the approaching reply brief deadline, I was not able to email opposing counsels to ask for a stipulation, but I think they will not have stipulated for the remedy requested in this administrative motion.

The foregoing is declared under the penalty of perjury under the laws of United States of America on this 13th day of June, 2026.

Respectfully submitted,

DATED: June 13, 2026.

/s/ Jane Doe

JANE DOE
*In Propria Persona*

DECLARATION IN SUPPORT OF THE ADMINISTRATIVE MOTION FOR LEAVE TO FILE AN OVER-LENGTH REPLY BRIEF

5:26-cv-03809-BLF

# APPENDIX A

 Gmail

Jane Doe <janedoejane0303@gmail.com>

---

# JANE DOE v. JASON A. SMITH, et al., Case No. 25-cv-03490-PCP

7 messages

---

**Young, Emily** <emily.young@pillsburylaw.com>                    Tue, Apr 28, 2026 at 3:08 PM
To: Jane Doe <janedoejane0303@gmail.com>
Cc: "Sorensen, Jacob R." <jake.sorensen@pillsburylaw.com>, "Kinser, Stacie O." <stacie.kinser@pillsburylaw.com>,
"McGarry, Nan" <nan.mcgarry@pillsburylaw.com>, "Lau, Anna" <anna.lau@pillsburylaw.com>

Ms. Doe,

Please find documents responsive to the subpoena issued to Richard H. Shaw, Jr. in *Jane Doe v. Jason A. Smith, et al.*, Case No. 5:25-cv-03490-PCP, at the link below:

- ShareFile Link: https://pillsburylaw.sharefile.com/d-s53d746af96ad44d398184f94a7d90281.

For security reasons, the password to access the encrypted file will be sent under separate cover.

Regards,

Emily

**Emily Young** | Pillsbury Winthrop Shaw Pittman LLP
Associate
Four Embarcadero Center, 22nd Floor | San Francisco, CA 94111-5998
t +1.415.983.1254
emily.young@pillsburylaw.com | pillsburylaw.com
Pronouns: she/her/hers

AUSTIN   BEIJING   HONG KONG   HOUSTON   LONDON   LOS ANGELES
MIAMI   NASHVILLE   NEW YORK   NORTHERN VIRGINIA   PALM BEACH
SACRAMENTO   SAN DIEGO   SAN FRANCISCO   SHANGHAI
SILICON VALLEY   TAIPEI   TOKYO   WASHINGTON, DC

 pillsbury

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from

disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.

---

**Young, Emily** <emily.young@pillsburylaw.com>                               Tue, Apr 28, 2026 at 3:09 PM
To: Jane Doe <janedoejane0303@gmail.com>
Cc: "Sorensen, Jacob R." <jake.sorensen@pillsburylaw.com>, "Kinser, Stacie O." <stacie.kinser@pillsburylaw.com>,
"McGarry, Nan" <nan.mcgarry@pillsburylaw.com>, "Lau, Anna" <anna.lau@pillsburylaw.com>

Ms. Doe,

The password to access the encrypted file is: C9IG6Qw4n8oq

Regards,

Emily

[Quoted text hidden]

---

**Jane Doe** <janedoejane0303@gmail.com>                                      Tue, Apr 28, 2026 at 3:10 PM
To: "Young, Emily" <emily.young@pillsburylaw.com>
Cc: "Sorensen, Jacob R." <jake.sorensen@pillsburylaw.com>, "Kinser, Stacie O." <stacie.kinser@pillsburylaw.com>,
"McGarry, Nan" <nan.mcgarry@pillsburylaw.com>, "Lau, Anna" <anna.lau@pillsburylaw.com>

Hello,

Can you send them to me via email please? I do not want to log into your portal after everything you have done. Just send them to me as PDF files. Or a zip folder with all the PDF files.

Thanks,

Jane Doe
[Quoted text hidden]

---

**Jane Doe** <janedoejane0303@gmail.com>                                      Tue, Apr 28, 2026 at 3:16 PM
To: "Young, Emily" <emily.young@pillsburylaw.com>
Cc: "Sorensen, Jacob R." <jake.sorensen@pillsburylaw.com>, "Kinser, Stacie O." <stacie.kinser@pillsburylaw.com>,
"McGarry, Nan" <nan.mcgarry@pillsburylaw.com>, "Lau, Anna" <anna.lau@pillsburylaw.com>

If you do not, I will consider that you did not comply with the subpoena. The subpoena directed you to email the documents to this email address, not email a Sharefile link.

Jane
[Quoted text hidden]

---

**Young, Emily** <emily.young@pillsburylaw.com>                Tue, Apr 28, 2026 at 3:24 PM
To: Jane Doe <janedoejane0303@gmail.com>
Cc: "Sorensen, Jacob R." <jake.sorensen@pillsburylaw.com>, "Kinser, Stacie O." <stacie.kinser@pillsburylaw.com>,
"McGarry, Nan" <nan.mcgarry@pillsburylaw.com>, "Lau, Anna" <anna.lau@pillsburylaw.com>

Ms. Doe,

Please find the encrypted file attached.

Regards,

Emily

[Quoted text hidden]
[Quoted text hidden]

**RSHAW_0000001-RSHAW_00000165.pdf**
15670K

---

**Jane Doe** <janedoejane0303@gmail.com>                Tue, Apr 28, 2026 at 3:31 PM
To: "Young, Emily" <emily.young@pillsburylaw.com>
Cc: "Sorensen, Jacob R." <jake.sorensen@pillsburylaw.com>, "Kinser, Stacie O." <stacie.kinser@pillsburylaw.com>,
"McGarry, Nan" <nan.mcgarry@pillsburylaw.com>, "Lau, Anna" <anna.lau@pillsburylaw.com>

Thank you, Ms. Young. Let's make this method of file sharing our norm from hereinafter.

Cheers,

JD
[Quoted text hidden]

---

**Jane Doe** <janedoejane0303@gmail.com>                Tue, Apr 28, 2026 at 5:36 PM
To: "Young, Emily" <emily.young@pillsburylaw.com>
Cc: "Sorensen, Jacob R." <jake.sorensen@pillsburylaw.com>, "Kinser, Stacie O." <stacie.kinser@pillsburylaw.com>,
"McGarry, Nan" <nan.mcgarry@pillsburylaw.com>, "Lau, Anna" <anna.lau@pillsburylaw.com>

Mr. Sorenson,

I'll file a new complaint tomorrow and will serve the TRO on you. I presume email should be fine for notifying of the
TRO?

Thanks,

Jane Doe
[Quoted text hidden]

Case 5:26-cv-03809-BLF    Document 110-2    Filed 06/13/26    Page 8 of 12

 **Gmail**

**Jane Doe <janedoejane0303@gmail.com>**

# Jane Doe v. Board of Trustees of Leland Stanford Junior University, et al., Case No.: 26-cv-03809-BLF - SERVICE

6 messages

**NoReplyKW@pillsburylaw.com** <NoReplyKW@pillsburylaw.com>                    Sat, Jun 13, 2026 at 7:07 AM
Reply-To: emily.young@pillsburylaw.com
To: rick.chang@cco.sccgov.org, janedoejane0303@gmail.com
Cc: anna.lau@pillsburylaw.com, jake.sorensen@pillsburylaw.com, nan.mcgarry@pillsburylaw.com,
stacie.kinser@pillsburylaw.com

**Kitew⬤rks**

# emily.young@pillsburylaw.com sent you a secure message

### Access message

This message requires that you sign in to access the message and any file attachments.


Protected by Kiteworks PDN

**Jane Doe** <janedoejane0303@gmail.com>                    Sat, Jun 13, 2026 at 7:13 AM
To: "emily.young@pillsburylaw.com" <emily.young@pillsburylaw.com>
Cc: "rick.chang@cco.sccgov.org" <rick.chang@cco.sccgov.org>, "anna.lau@pillsburylaw.com"

<anna.lau@pillsburylaw.com>, "jake.sorensen@pillsburylaw.com" <jake.sorensen@pillsburylaw.com>,
"nan.mcgarry@pillsburylaw.com" <nan.mcgarry@pillsburylaw.com>, "stacie.kinser@pillsburylaw.com"
<stacie.kinser@pillsburylaw.com>

Hello,

Please send me unredacted version of all sealed pleadings via email immediately.

Jane Doe
[Quoted text hidden]

---

**Jane Doe** <janedoejane0303@gmail.com>                                   Sat, Jun 13, 2026 at 7:27 AM
To: "emily.young@pillsburylaw.com" <emily.young@pillsburylaw.com>
Cc: "rick.chang@cco.sccgov.org" <rick.chang@cco.sccgov.org>, "anna.lau@pillsburylaw.com"
<anna.lau@pillsburylaw.com>, "jake.sorensen@pillsburylaw.com" <jake.sorensen@pillsburylaw.com>,
"nan.mcgarry@pillsburylaw.com" <nan.mcgarry@pillsburylaw.com>, "stacie.kinser@pillsburylaw.com"
<stacie.kinser@pillsburylaw.com>

Ms. Young,

I have previously indicated to you that I will only receive service of conditionally sealed materials via email, not via any
portal. Your conduct above does not suffice as proper service. If I do not get a copy of conditionally sealed materials
by the end of today (Saturday), I will be filing a motion with the Court to strike your opposition brief to the motion for
leave to proceed pseudonymously as improperly filed.

Best,

Jane Doe
[Quoted text hidden]

---

**Young, Emily** <emily.young@pillsburylaw.com>                            Sat, Jun 13, 2026 at 7:30 AM
To: Jane Doe <janedoejane0303@gmail.com>
Cc: "rick.chang@cco.sccgov.org" <rick.chang@cco.sccgov.org>, "Lau, Anna" <anna.lau@pillsburylaw.com>, "Sorensen,
Jacob R." <jake.sorensen@pillsburylaw.com>, "McGarry, Nan" <nan.mcgarry@pillsburylaw.com>, "Kinser, Stacie O."
<stacie.kinser@pillsburylaw.com>

Ms. Doe,


The unredacted brief and the McGarry declaration are attached hereto.  The exhibits to the McGarry
declaration are too large to transmit via email.  If you have a Box link you would prefer to use, please
provide it and we will upload the exhibits.  Otherwise, the exhibits and the pleadings can be accessed
through the Kiteworks link below.


Emily


**Emily Young** | Associate
Pillsbury Winthrop Shaw Pittman LLP

Four Embarcadero Center, 22nd Floor | San Francisco, CA 94111-5998
t +1.415.983.1254
emily.young@pillsburylaw.com | website bio
Pronouns: she/her/hers

AUSTIN  BEIJING  BOSTON  DOHA  HONG KONG  HOUSTON  LONDON
LOS ANGELES  MIAMI  NASHVILLE  NEW YORK  NORTHERN VIRGINIA
PALM BEACH  RIYADH  SACRAMENTO  SAN DIEGO  SAN FRANCISCO
SHANGHAI  SILICON VALLEY  TAIPEI  TOKYO  WASHINGTON, DC



[Quoted text hidden]

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.

**2 attachments**

 **Proceed Pseudonymously(unredacted-under seal).pdf**
203K

 **McGarry Decl. iso Vexatious Litigant Motion & Opp. to Pseudonym Motion and Appendix A & B.pdf**
1112K

---

**Young, Emily** <emily.young@pillsburylaw.com>                          Sat, Jun 13, 2026 at 8:54 AM
To: Jane Doe <janedoejane0303@gmail.com>
Cc: "rick.chang@cco.sccgov.org" <rick.chang@cco.sccgov.org>, "Lau, Anna" <anna.lau@pillsburylaw.com>, "Sorensen, Jacob R." <jake.sorensen@pillsburylaw.com>, "McGarry, Nan" <nan.mcgarry@pillsburylaw.com>, "Kinser, Stacie O." <stacie.kinser@pillsburylaw.com>

Ms. Doe:

Attached are the unredacted filed under seal pleadings:

- Stanford Defendants' Notice of Motion and Motion to Declare Plaintiff Jane Doe a Vexatious Litigant

Please advise how you would like to access the exhibits referenced in our previous email.

Emily

**Emily Young** | Associate
Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center, 22nd Floor | San Francisco, CA 94111-5998
t +1.415.983.1254
emily.young@pillsburylaw.com | website bio
Pronouns: she/her/hers

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

---

 **Motion to Declare Jane Doe a Vexatious Litigant (unredacted-under seal).pdf**
207K

---

**Jane Doe** <janedoejane0303@gmail.com>                    Sat, Jun 13, 2026 at 3:59 PM
To: "Young, Emily" <emily.young@pillsburylaw.com>
Cc: "rick.chang@cco.sccgov.org" <rick.chang@cco.sccgov.org>, "Lau, Anna" <anna.lau@pillsburylaw.com>, "Sorensen, Jacob R." <jake.sorensen@pillsburylaw.com>, "McGarry, Nan" <nan.mcgarry@pillsburylaw.com>, "Kinser, Stacie O." <stacie.kinser@pillsburylaw.com>

Ms. Young,

The Kiteworks link asks me to provide a password to access the files, and you have not provided any password to me to access them. In the past, as you would recall, I specifically consented to electronic service by electronic mail only, not as portal links. And the Court ordered you to serve sealed filings via email, not as portal links. As such, please send each exhibit as an email attachment separately.

As you know, Box.com is a service that requires payment after the demo period, and I do not have a non-demo account with it.

Thank you,

Jane Doe

[Quoted text hidden]