PILLSBURY WINTHROP SHAW PITTMAN LLP
JACOB R. SORENSEN (Cal. Bar No. 209134)
jake.sorensen@pillsburylaw.com
STACIE O. KINSER (Cal. Bar No. 300529)
stacie.kinser@pillsburylaw.com
KHYRSTYN ("NAN") MCGARRY (Cal. Bar No. 318677)
nan.mcgarry@pillsburylaw.com
EMILY YOUNG (Cal. Bar No. 357173)
emily.young@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:    (415) 983.1000
Facsimile:    (415) 983.1200

Attorneys for Defendants
THE BOARD OF TRUSTEES OF THE LELAND
STANFORD JUNIOR UNIVERSITY, STANFORD
UNIVERSITY DEPARTMENT OF PUBLIC SAFETY,
LAURA L. WILSON, JASON A. SMITH, JASON BARNES,
JON HERNANDEZ, RICHARD HARDING SHAW, JR.,
MICHAEL DEVLIN, JEN CASEBEER-BLUM, DEBRA L.
ZUMWALT, PARINAZ ZARTOSHTY, SHIRLEY J.
EVERETT, and JAMES R. JACOBS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JANE DOE,<br><br>             Plaintiff,<br><br>          vs.<br><br>BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY, et al.,<br><br>             Defendants. | Case No. 26-cv-03809-BLF<br><br>**MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (DKT. 104)**<br><br>Second Amended Complaint Filed:  May 11, 2026<br><br>Judge:  Hon. Beth Freeman |

All named defendants except Lydia Brice Morgan-Hermann (the "Stanford Defendants") respectfully request that an order be granted to remove Docket No. 104, the Stanford Defendants' Motion to Dismiss the Second Amended Complaint, on the grounds that it contains an inadvertent technical error.

The document at Docket No. 104 was submitted with redactions for the reasons set forth in the Stanford Defendants' Administrative Motion to Consider Whether Another Party's Material Should be Sealed (Dkt. 103). There was a technical error with the redactions contained in the document. Docket No. 104 has been locked and a corrected document has been filed at Docket No. 113 according to the Court's procedures. The corrected document fixes the technical redaction error, and makes no other changes.

The Stanford Defendants therefore respectfully request that the Court enter an order that Docket No. 104 be permanently deleted from the docket.

Dated: June 15, 2026

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: */s/ Stacie Kinser*

JACOB R. SORENSEN
STACIE KINSER
KHYRSTYN ("NAN") MCGARRY
EMILY YOUNG

*Attorneys for the Stanford Defendants*