# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>    v.<br><br>BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY, et al.,<br><br>        Defendants. | Case No.  5:26-cv-03809-BLF<br><br>**ORDER REGARDING STANFORD DEFENDANTS' ADMINISTRATIVE MOTION**<br><br>[Re: ECF Nos. 103, 104, 114] |

The Stanford Defendants filed a motion to dismiss on June 12, 2026, and concurrently filed an administrative sealing motion. ECF Nos. 103, 104. On June 15, 2026, the Stanford Defendants filed a corrected motion to dismiss, see ECF No. 113, and concurrently filed a motion to remove the previously filed motion from the docket on the ground that it contains an inadvertent technical error. ECF No. 114.

The motion to remove the previously filed motion from the docket is GRANTED. The Court TERMINATES the incorrectly filed motion to dismiss and accompanying administrative sealing motion. Plaintiff SHALL file an opposition brief by June 29, 2026, to the motion to dismiss filed at ECF No. 113. The Stanford Defendants SHALL file a reply brief by July 6, 2026.

**IT IS SO ORDERED.**

Dated: June 18, 2026

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California