# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

JANE DOE,

        Plaintiff,

    v.

BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY, et al.,

        Defendants.

Case No.  5:26-cv-03809-BLF

**NOTICE REGARDING NONCOMPLIANT FILINGS**

United States District Court
Northern District of California

All Parties are admonished that moving forward, the Court will disregard any pages of text in excess of the page limits set forth in the Court's Standing Order and/or the local rules (regardless of how a party has numbered them).  This requirement does not pertain to declarations or other evidence submitted.  No further notice will be provided, and no leave to re-file compliant filings will be granted.  This notice extends to any other failure to comply with the Court's standing order and this district's local rules, including without limitation failure to properly double-space text in quotations and footnotes and voluminous footnotes in excess of five per brief.

**IT IS SO ORDERED.**

Dated:  June 18, 2026

_____

BETH LABSON FREEMAN
United States District Judge