**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

JANE DOE,

              Plaintiff,

      v.

BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY, et al.,

           Defendants.

Case No.  5:26-cv-03809-BLF

**ORDER REGARDING AD INTERIM SEALING ORDERS**

[Re: ECF No. 76]

Plaintiff filed a series of "ad interim" administrative sealing motions "pending disposition of her motion for leave to proceed pseudonymously." ECF No. 76.  Plaintiff represented that upon disposition of that motion, "Plaintiff shall file a consolidated motion with a table . . . seeking affirmative sealing orders over all matters over which a sealing order ad interim is sought." *Id.* at 2.  The Court having granted Plaintiff's motion for leave to proceed anonymously, *see* ECF No. 115, the Court GRANTS Plaintiff's remaining ad interim administrative sealing motion.  ECF No. 76.

Plaintiff SHALL file a consolidated sealing motion corresponding to the subject matter of her ad interim sealing motions within fourteen days of the date of this order.  Failure to file such a motion will result in the Court ordering public filing of all material contained therein with the exception of her name, address, and contact information.

**IT IS SO ORDERED.**

Dated:  June 18, 2026

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California