**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

|  |  |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>     v.<br><br>BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY, et al.,<br><br>        Defendants. | Case No.  5:26-cv-03809-BLF<br><br>**ORDER REGARDING ADMINISTRATIVE SEALING MOTIONS**<br><br>[Re: ECF Nos. 107, 109, 118] |

The Stanford Defendants filed two administrative sealing motions to consider whether another party's materials should be sealed pursuant to Civil Local Rule 79-5(f) concerning material that "has been or will be designated confidential by Plaintiff."  ECF Nos. 107, 109; *see also* ECF No. 118.  Plaintiff filed a statement stating that, because the Court granted Plaintiff's motion to proceed anonymously, the Stanford Defendants must submit motions to file under seal rather than administrative sealing motions.  ECF No. 116 ("[I]t is the defendants' burden to go over the 1300 pages of exhibits they have filed purportedly "in support" of moving papers and identify what needs to be redacted to comply with this Honorable Court's Order granting the Plaintiff pseudonymity status."); *see also* ECF No. 128.  Plaintiff is mistaken.

The local rules provide:

> For any document a party ("Filing Party") seeks to seal because that document has been designated as confidential by another party or non-party (the "Designating Party"), the Filing Party must, instead of filing an Administrative Motion to File Under Seal, file an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed. . . .
> Within 7 days of the motion's filing, the Designating Party must file a statement and/or declaration as described in subsection (c)(1).  A failure to file a statement or declaration may result in the unsealing of

United States District Court
Northern District of California

the provisionally sealed document without further notice to the Designating Party.

Because Plaintiff is the Designating Party and the Stanford Defendants are the Filing Party, the administrative motions have properly been brought pursuant to Rule 79(f) rather than Rule 79(c).  Plaintiff is accordingly ORDERED to file a statement and declaration pursuant to Rule 79(f)(3) within seven days of the date of this order.  Failure to comply with this order will result in the Court ordering that the Stanford Defendants file the identified materials publicly, redacting only Plaintiff's name, address, and contact information.

**IT IS SO ORDERED.**

Dated:  June 22, 2026

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California

2