# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

JANE DOE,

          Plaintiff,

    v.

BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY, et al.,

          Defendants.

Case No.  5:26-cv-03809-BLF

**ORDER GRANTING ADMINISTRATIVE MOTION**

[Re: ECF No. 138]

Plaintiff moves to extend her deadline to file a reply in support of her motion to disqualify from June 24, 2026, to July 1, 2026.  ECF No. 138.  Although the deadline for the Stanford Defendants to oppose Plaintiff's administrative motion has not passed, the Court will decide the motion without because that deadline (i.e., June 29, 2026) is just two days before Plaintiff's requested deadline.  Good cause appearing, the motion is GRANTED.

**IT IS SO ORDERED.**

Dated:  June 25, 2026

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California