United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JANE DOE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY, et al.,<br><br>　　　　　　Defendants. | Case No.  5:26-cv-03809-BLF<br><br>**ORDER STRIKING NONCOMPLIANT REPLY BRIEF**<br><br>[Re: ECF No. 142] |

In light of the high volume of noncompliant filings in this action, the Court advised the Parties that "the Court will disregard any pages of text in excess of the page limits set forth in the Court's Standing Order and/or the local rules." ECF No. 121.  In disregard of that notice, Plaintiff filed a twenty-page reply brief in support of her motion for preliminary injunction.  *See* ECF No. 142.

Plaintiff's reply brief also does not contain a table of contents and a table of authorities as required by this judicial district's local rules, *see* Civ. L.R. 7-4(a)(1), stating that "[g]iven the urgent nature of the preliminary injunction relief, the Plainitff [sic] is dispensing with a table of authorities and table of contents to avoid further delaying the filing of this reply brief, with the hopes that the Court will excuse this procedural error under its inherent jurisdiction." ECF No. 142 at ii.  The Court will not.  Plaintiff's representation that her continued noncompliance with the local rules despite repeated admonitions from the Court is somehow excused "to avoid further delaying the filing of this reply brief" is belied by the fact that she filed her brief just two days after the Stanford Defendants filed their opposition brief.  Plaintiff's choice to file her reply

four days in advance of the deadline will not affect the timing of the Court's ruling on the several motions currently pending before the Court in this action.

The noncompliant reply brief is STRICKEN without prejudice to re-file the same brief with a compliant table of contents and table of authority by the June 30, 2026, deadline. The Court will disregard all arguments and text contained in excess of the fifteen-page-limit. *See* ECF No. 121.

**IT IS SO ORDERED.**

Dated:  June 26, 2026

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California

2