**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

JANE DOE,

          Plaintiff,

    v.

BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY, et al.,

          Defendants.

Case No.  5:26-cv-03809-BLF

**ORDER DENYING ADMINISTRATIVE MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF**

[Re: ECF No. 148]

Plaintiff filed a thirty-two-page opposition brief to the Stanford Defendants' motion to dismiss, seven pages above the page limit.  ECF No. 139.  Plaintiff then filed an administrative motion requesting that the Court accept the noncompliant brief or, in the alternative, strike the brief with leave to re-file.  ECF No. 148.  The motion is DENIED.  As the Court previously advised the Parties, "the Court will disregard any pages of text in excess of the page limits set forth in the Court's Standing Order and/or the local rules."  ECF No. 121.

**IT IS SO ORDERED.**

Dated:  June 29, 2026

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California