# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

JANE DOE,

    Plaintiff,

  v.

BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY, et al.,

    Defendants.

Case No.  5:26-cv-03809-BLF

**ORDER DENYING ADMINISTRATIVE MOTION**

[Re: ECF No. 153]

Plaintiff moves for administrative relief from a nonexistent order.  *See* ECF No. 153 ("Although the Court did not term its order as a narrowly-constructed pre-filing order to prevent abuse of its docket under its inherent jurisdiction and equitable powers, the Plaintiff construes this Court's order as such, given the effect this Court's order imposes on the Plaintiff and thereby terms it an 'informal pre-filing order' for the purposes of this pleading. . . .  Plaintiff is of the belief that the Court should vacate that part of its Order . . . .").  The Court has not imposed a pre-filing order on Plaintiff, so the motion is DENIED.

  **IT IS SO ORDERED.**

Dated:  June 29, 2026

_____
BETH LABSON FREEMAN
United States District Judge