**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

JANE DOE,

          Plaintiff,

    v.

BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY, et al.,

          Defendants.

Case No.  5:26-cv-03809-BLF

**ORDER DENYING ADMINISTRATIVE SEALING MOTION**

[Re: ECF No. 124]

Plaintiff filed an administrative order seeking to file under seal the entirety of exhibits lodged in opposition to the Stanford Defendants' motion to declare Plaintiff a vexatious litigant "pending the disposition of her motion for leave to proceed pseudonymously." ECF No. 124. The Court having ruled on Plaintiff's motion for leave to proceed anonymously prior to the filing of the present administrative sealing motion, the motion is DENIED, without prejudice to re-file a sealing motion with narrowly tailored redactions within seven days of the date of this order.

    **IT IS SO ORDERED.**

Dated:  June 30, 2026

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California