**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

JANE DOE,

               Plaintiff,

     v.

BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY, et al.,

               Defendants.

Case No.  5:26-cv-03809-BLF

**ORDER GRANTING ADMINSITRATIVE MOTION**

[Re: ECF No. 137]

Plaintiff requests leave to file an eight-page "consolidated statement and declaration thereto to the defendants' administrative motions at ECF No.s. 107, 108, 109, 129." ECF No. 137. The motion is GRANTED. Plaintiff SHALL file the consolidated statement and declaration within seven days of the date of this order.

     **IT IS SO ORDERED.**

Dated:  June 30, 2026

_____

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California