JANE DOE
c/o Secretary of State, Safe at Home
P.O. Box 1198
Sacramento, CA 95812

Plaintiff, In Propria Persona

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSÉ DIVISION

| | |
|---|---|
| JANE DOE, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY, *et al.*,<br><br>        Defendants. | Case No.: 5:26-cv-03809-BLF<br><br>**SECOND NOTICE OF RECENT DECISION AS PER CIVIL L.R. 7-3(d)(2)**<br><br>Before the Honorable Beth Labson Freeman |

Pursuant to Civil L.R. 7-3(d)(2), the Plaintiff provides a second notice of recent decision. As delineated by the Local Rule "[b]efore the noticed hearing date, counsel may bring to the Court's attention a relevant judicial opinion published after the date the opposition or reply was filed by filing and serving a Statement of Recent Decision." *Ibid*.

Although the decision in question is from 2023, it was not 'published' on LexisNexis when the Plaintiff conducted this research on this question and seems to have been recently added to the database (or perhaps the entire opinion was under seal and have been released as partially sealed thereafter). The case is *Cooper v. Cty. of L.A.*, No. 2:19-CV-09813-AB-MAA, 2023 U.S. Dist. LEXIS 176481 (C.D. Cal. Aug. 29, 2023).

The pertinent part of the Opinion is at page 12 of the Exhibit A and at 2023 U.S. Dist. LEXIS 176481 *23.

"Thus, it appears to the undersigned that following the guidance set forth in *Sever* as amended by the Supreme Court's holding in *Bostock* commands the following result:

**LGBTQ individuals are a class entitled to the protections of §1985(3)**."

*Cooper,* 2023 U.S. Dist. LEXIS 176481 at *23 (emphasis added).

Respectfully submitted,
DATED: July 7, 2026.

*/s/ Jane Doe*

JANE DOE
*In Propria Persona*

SECOND NOTICE OF RECENT DECISION AS PER CIVIL L.R. 7-3(d)(2)
5:26-cv-03809-BLF