**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

JANE DOE,

            Plaintiff,

     v.

BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY, et al.,

            Defendants.

Case No. 5:26-cv-03809-BLF

**ORDER STRIKING AND DENYING EXTRANEOUS AND NONCOMPLIANT FILINGS/MOTIONS**

[Re: ECF Nos. 172, 173, 174, 175, 176, 178, 180, 181, 182, 183]

Despite the Court's repeated admonitions, Plaintiff persists in violating both the Court's Standing Order and the local civil rules. IT IS HEREBY ORDERED THAT:

(1) ECF No. 172 ("Objection to New Reply Evidence"), ECF No. 173 (sealing motion), ECF No. 175 ("Declaration in Support of Objection"), ECF No. 180 ("Objection to New Reply Evidence") are STRICKEN. While styled as an objection to new reply evidence, these filings are in substance an improper sur-reply without leave of the Court and in any case run afoul of this district's local rules governing such briefs. *See* Civ. L.R. 7-3(d)(1) ("If new evidence has been submitted in the reply, the opposing party may file and serve an Objection to Reply Evidence, which may not exceed 5 pages of text, stating its objections to the new evidence, which may not include further argument on the motion."). To the extent Plaintiff seeks leave to file a sur-reply, that request is DENIED. The content of ECF No. 172 is not a proper use of a sur-reply.

<div style="writing-mode: vertical-rl">United States District Court<br>Northern District of California</div>

United States District Court
Northern District of California

(2) ECF No. 174 (motion for leave to file a sur-reply) and ECF No. 178 ("New FERMA Arguments Raised for the First Time on the Reply Brief") are DENIED. The Court finds that the Stanford Defendants did not improperly raise new issues in their reply briefs.

(3) ECF No. 176 ("Second Notice of Recent Decision") is STRICKEN. The decision attached thereto is not "recent" and to the contrary issued before Plaintiff initiated this action.

(4) ECF Nos. 181 ("Motion to Strike"), ECF No. 182 ("Motion to Strike for Litigation Abuse"), and ECF No. 183 ("Motion to Strike for Litigation Abuse in Form of Improper Vituperation") are DENIED. Motions to strike are not an appropriate vehicle for Plaintiff to attack arguments that she disagrees with.

(5) The Court will not entertain any motions for reconsideration, clarification, or modification of this order. Further frivolous administrative motions will be summarily stricken and may result in the imposition of a pre-filing order.

**IT IS SO ORDERED.**

Dated:  July 9, 2026

_____
BETH LABSON FREEMAN
United States District Judge

2