JANE DOE
c/o Secretary of State, Safe at Home
P.O. Box 1198
Sacramento, CA 95812

Plaintiff, In Propria Persona

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSÉ DIVISION

| | |
|---|---|
| JANE DOE, an individual, | Case No.: 5:26-cv-03809-BLF |
| Plaintiff, | **STATEMENT OF RECENT DECISIONS ON THE PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AS PER CIVIL L.R. 7-3(d)(1)** |
| v. | |
| BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY, *et al*., | |
| Defendants. | |

Pursuant to Civil L.R. 7-3(d)(1), which provides that "[b]efore the noticed hearing date, counsel may bring to the Court's attention a relevant judicial opinion published after the date the opposition or reply was filed by filing and serving a Statement of Recent Decision" (*Ibid.*), the Plaintiff hereby provides this notice of two recent decisions that appeared after the Plaintiff's motion for preliminary injunction was filed.

They are: *Breit v. Laguna Beach Unified Sch. Dist.*, No. 8:26-cv-01418-FWS-JDE, 2026 LX 290202, at *4 (C.D. Cal. June 5, 2026) and *Kelly v. Cal. Baptist Univ.*, No. EDCV 26-01450-KK-ACCVx, 2026 U.S. Dist. LEXIS 126622, at *11 (C.D. Cal. June 3, 2026). Both of these decisions address the mandatory-prohibitory injunction in a context similar to the vase herein and find that the

1

STATEMENT OF RECENT DECISIONS ON THE PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AS PER CIVIL L.R. 7-3(d)(1)

5:26-cv-03809-BLF

requested injunction (similar to the one requested herein) are prohinitory ones. They also discuss Stanley v. Univ. of S. Cal., 13 F.3d 1313, 1320 (9th Cir. 1994) and more recent authority like *Youth 71Five Ministries v. Williams*, 160 F.4th 964, 978 (9th Cir. 2025) and *Fellowship of Christian Athletes v. San Jose Unified Sch. Dist. Bd. of Educ.*, 82 F.4th 664, 684 (9th Cir. 2023).

The Plaintiff thought these decisions could aid the Court's legal analysis. The decisions were issued in June of this year; Plaintiff filed the preliminary injunction motion in May.

The decisions are provided in this filing as PDF files downloaded from LexisNexis.

Respectfully submitted,

DATED: July 15, 2026.

*/s/ Jane Doe*

JANE DOE
*In Propria Persona*

2

STATEMENT OF RECENT DECISIONS ON THE PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AS PER CIVIL L.R. 7-3(d)(1)

5:26-cv-03809-BLF