**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JANE DOE, | Case No.  5:26-cv-03809-BLF |
| Plaintiff, | |
| v. | **ORDER STRIKING ADMINISTRATIVE SEALING MOTION** |
| BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY, et al., | [Re: ECF No. 190] |
| Defendants. | |

Plaintiff has filed an "administrative motion to file under seal exhibits in support of ECF No. 189." ECF No. 190.  Neither the filing at ECF No. 190 nor the attachment at ECF No. 190-1 contains an administrative sealing motion; rather, both filings appear to be exhibits proposed to be filed under seal.  The filing at ECF No. 190 is accordingly STRICKEN.

**IT IS SO ORDERED.**

Dated:  July 27, 2026

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California