United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

JANE DOE,

               Plaintiff,

     v.

BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY, et al.,

              Defendants.

Case No. 5:26-cv-03809-BLF

**ORDER TERMINATING ADMINISTRATION MOTION FOR LEAVE TO SEEK RECONSIDERATION AND MODIFYING PRIOR SEALING ORDER**

[Re: ECF No. 202]

On July 28, 2026, the Court granted in part and denied in part several sealing motions filed by Plaintiff. *See* ECF No. 201 ("Order"). Plaintiff seeks leave to file a motion for reconsideration of that order so that she may argue that the name of the counterparty may also be redacted. ECF No. 202. The motion is TERMINATED, and the Court sua sponte modifies its prior Order to insert "and name of counterparty" at page 2, line 24, and page 3, lines 1 and 6.

Plaintiff is admonished that her motion for reconsideration is improper. Per the local rules, it was Plaintiff's burden in her sealing motion to propose a sealing order "narrowly tailored to seal only the sealable material," Civ. L.R. 79-5(c)(3), instead of requesting that the Court seal all exhibits in their entirety. Moving forward, the Court will not modify previous orders to the extent Plaintiff's request for reconsideration pertains to material that should have and was not identified as sealable in the underlying sealing motion as required.

**IT IS SO ORDERED.**

Dated: July 29, 2026

_____
BETH LABSON FREEMAN
United States District Judge