**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY, et al.,<br><br>Defendants. | Case No.  5:26-cv-03809-BLF<br><br>**ORDER GRANTING IN PART AND DENYING IN PART SEALING MOTIONS**<br><br>[Re: ECF Nos. 167, 179, 207] |

Plaintiff filed a series of "ad interim" administrative sealing motions "pending disposition of her motion for leave to proceed pseudonymously." *See, e.g.*, ECF No. 76. Plaintiff represented that upon disposition of that motion, "Plaintiff shall file a consolidated motion with a table . . . seeking affirmative sealing orders over all matters over which a sealing order ad interim is sought." ECF No. 76 at 2.  After the Court granted Plaintiff's motion for leave to proceed anonymously, *see* ECF No. 115, the Court ordered Plaintiff to file a consolidated sealing motion corresponding to the subject matter of her ad interim sealing motions.  ECF No. 122.

Plaintiff filed a consolidated sealing motion on July 8, 2026.  ECF No. 179 (motion); *see also* ECF No. 184 (table).  Plaintiff also filed a sealing motion in connection with her reply in support of her motion to disqualify counsel, ECF No. 167, and has filed a motion to remove an incorrectly filed document, ECF No. 207.

"Historically, courts have recognized a 'general right to inspect and copy public records and documents, including judicial records and documents.'"  *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n. 7 (1978)).  Accordingly, when considering a sealing request, "a 'strong

United States District Court<br>Northern District of California

United States District Court
Northern District of California

presumption in favor of access' is the starting point." *Id.* (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)).  Parties seeking to seal judicial records relating to motions that are "more than tangentially related to the underlying cause of action" bear the burden of overcoming the presumption with "compelling reasons" that outweigh the general history of access and the public policies favoring disclosure.  *Ctr. for Auto Safety v. Chrysler Grp.*, 809 F.3d 1092, 1099 (9th Cir. 2016); *Kamakana*, 447 F.3d at 1178–79.  Filings that are only tangentially related to the merits may be sealed upon a lesser showing of "good cause." *Id.* at 1097.

"In addition to making particularized showings of good cause, parties moving to seal documents must comply with the procedures established by Civ. L.R. 79-5." *Ponomarenko v. Shapiro*, No. 16-cv-02763-BLF, 2017 WL 3605226, at *2 (N.D. Cal. Aug. 21, 2017).  Pursuant to Civ. L.R. 79-5(b), a sealing order is appropriate only upon a request that establishes the document is "sealable," or "privileged or protectable as a trade secret or otherwise entitled to protection under the law."  "The request must be narrowly tailored to seek sealing only of sealable material, and must conform with Civil L.R. 79-5(d)."  Civ. L.R. 79-5(b).  In part, Civ. L.R. 79-5(d) requires the submitting party to attach a "proposed order that is narrowly tailored to seal only the sealable material" which "lists in table format each document or portion thereof that is sought to be sealed," Civ. L.R. 79-5(d)(1)(b), and an "unredacted version of the document" that indicates "by highlighting or other clear method, the portions of the document that have been omitted from the redacted version."  Civ. L.R. 79-5(d)(1)(d).

Plaintiff argues that good cause and compelling reasons exist to seal portions of the exhibits for which ad interim sealing was granted because the Court granted her motion for leave to proceed pseudonymously.  Some of Plaintiff's requests relate only to her personally identifiable information but others pertain to information that is tangentially related to her state court proceedings (or her briefs themselves), which are overbroad and not narrowly tailored.

The Court accordingly orders as follows.

| ECF No. | Document & Portions to Seal | Granted/Denied |
|---|---|---|

United States District Court
Northern District of California

| 11 | Plaintiff's Motion for Temporary Restraining Order:<br><br>Unsealed. | GRANTED. |
|---|---|---|
| 11-3 | Plaintiff's Declaration in Support of Motion for Temporary Restraining Order:<br><br>Personally identifiable information in paragraphs 4–6, 8, 12–16, 18, 22, 27, 30, 32, 40, and 43–45; and footnotes 1, 2, and 6. | GRANTED as to references to Plaintiff's name, contact information, address, nationality/home country, birth date, ID numbers, court case numbers, and identifying information of Plaintiff's opponents in state court.<br><br>DENIED as to all other portions. |
| 11-4 | Plaintiff's Appendix A in Support of Motion for Temporary Restraining Order:<br><br>Pages 1, 6 | GRANTED as to references to Plaintiff's name.<br><br>DENIED as to all other portions. |
| 11-5 | Plaintiff's Appendix B in Support of Motion for Temporary Restraining Order:<br><br>Pages 1, 7–9 | GRANTED.  These portions pertains to Plaintiff's personal identifiable information. |
| 11-6 | Plaintiff's Appendix C in Support of Motion for Temporary Restraining Order:<br><br>Sealed in entirety. | GRANTED.  These foreign court proceedings contain numerous references to Plaintiff's personal identifiable information. |
| 11-7 | Plaintiff's Appendix D in Support of Motion for Temporary Restraining Order:<br><br>Sealed in entirety. | GRANTED.  These foreign court proceedings contain numerous references to Plaintiff's personal identifiable information. |

3

United States District Court
Northern District of California

| 11-8 | Plaintiff's Appendix E in Support of Motion for Temporary Restraining Order:<br><br>Sealed in entirety. | GRANTED.  These foreign court proceedings contain numerous references to Plaintiff's personal identifiable information. |
|---|---|---|
| 11-9 | Plaintiff's Appendix F in Support of Motion for Temporary Restraining Order:<br><br>Sealed in entirety. | GRANTED.  These foreign court proceedings contain numerous references to Plaintiff's personal identifiable information. |
| 11-10 | Plaintiff's Declaration under Civil Local Rules:<br><br>Unsealed. | GRANTED. |
| 12 | Plaintiff's Addendum to Declaration:<br><br>Unsealed. | GRANTED. |
| 12-1 | Plaintiff's Declaration Against Shaw Declaration:<br><br>Unsealed. | GRANTED. |
| 12-2: | Shaw Declaration:<br><br>Unsealed. | GRANTED. |
| 30 | Plaintiff's Administrative Motion:<br><br>Portions of Pages 4–5. | DENIED.  Plaintiff has not provided good reasons to seal information that tangentially relates to state court, nor does she explain why any of the material contained therein would reveal confidential information. |
| 34-1 | Second Amended Complaint:<br><br>Portions of Pages 8–13, 16. | DENIED.  Plaintiff has not provided good reasons to seal information that tangentially relates to state court, nor does she explain why any of the material contained therein would reveal confidential information.. |

| 34-2 | Exhibit A to Second Amended Complaint: <br><br> Personally Identifiable Information | GRANTED as to references to Plaintiff's name, contact information, address, nationality/home country, birth date, ID numbers, court case numbers, and identifying information of Plaintiff's opponents in state court. <br><br> DENIED as to all other portions. |
|---|---|---|
| 34-3 | Exhibit B to Second Amended Complaint: <br><br> Personally Identifiable Information | GRANTED as to references to Plaintiff's name, contact information, address, nationality/home country, birth date, ID numbers, court case numbers, and identifying information of Plaintiff's opponents in state court. <br><br> DENIED as to all other portions. |
| 34-4 | Exhibit C to Second Amended Complaint: <br><br> Personally Identifiable Information | GRANTED as to references to Plaintiff's name, contact information, address, nationality/home country, birth date, ID numbers, court case numbers, and identifying information of Plaintiff's opponents in state court. <br><br> DENIED as to all other portions.  Plaintiff has not provided good reasons to seal information related to her expulsion from Stanford University, nor does she explain why any of the material contained therein would reveal confidential information. |
| 34-5 | Exhibit D to Second Amended Complaint: <br><br> Plaintiff's Name | GRANTED |
| 34-6 | Exhibit E to Second Amended Complaint: <br><br> Sealed in entirety. | GRANTED as to references to Plaintiff's name, contact information, address, nationality/home country, birth date, and ID numbers. <br><br> DENIED as to all other portions.  Plaintiff has not provided good reasons to seal information related to her expulsion from Stanford University, nor does she explain why any of the material contained therein would reveal confidential information. |
| 34-7 | Exhibit F to Second Amended Complaint: <br><br> Plaintiff's Name | GRANTED. |

United States District Court
Northern District of California

| 34-8 | Exhibit G to Second Amended Complaint:<br><br>Sealed in entirety. | GRANTED as to URL.<br><br>DENIED as to all other portions. |
|---|---|---|
| 35 | Exhibit H to Second Amended Complaint:<br><br>Personally Identifiable Information | GRANTED. |
| 62 | Plaintiff's Motion for Preliminary Injunction:<br><br>Unsealed. | GRANTED. |
| 63-3 | Plaintiff's Administrative Motion:<br><br>Portions of Page 4 | GRANTED as to references to Plaintiff's name and foreign language portions.<br><br>DENIED as to all other portions. |
| 88-3 | Plaintiff's Declaration in Support of Motion to Disqualify Counsel:<br><br>Paragraphs 17–28, 34, 37, 39–66, 101–03, 136, 137 | DENIED.  Plaintiff has not provided good reasons to seal information that tangentially relates to state court, nor does she explain why any of the material contained therein would reveal confidential information.. |
| 91-1 | Plaintiff's Exhibit A to Motion to Disqualify Counsel:<br><br>Unsealed. | GRANTED. |
| 91-2 | Plaintiff's Exhibit B to Motion to Disqualify Counsel:<br><br>Plaintiff's Name and State Court Docket Number. | GRANTED. |

6

United States District Court
Northern District of California

| 91-3 | Plaintiff's Exhibit C to Motion to Disqualify Counsel:<br><br>Plaintiff's Name and State Court Docket Number. | GRANTED. |
|---|---|---|
| 91-4 | Plaintiff's Exhibit D to Motion to Disqualify Counsel:<br><br>Sealed in entirety. | GRANTED as to references to Plaintiff's name, contact information, address, nationality/home country, birth date, ID numbers, court case numbers, and identifying information of Plaintiff's opponents in state court.<br><br>DENIED as to all other portions.  Plaintiff has not provided good reasons to seal state court briefs that she affirmatively chose to file publicly, nor does she explain why any of the material contained therein would reveal confidential information. |
| 91-5 | Plaintiff's Exhibit E to Motion to Disqualify Counsel:<br><br>Sealed in entirety. | GRANTED as to references to Plaintiff's name, contact information, address, nationality/home country, birth date, ID numbers, court case numbers, and identifying information of Plaintiff's opponents in state court.<br><br>DENIED as to all other portions.  Plaintiff has not provided good reasons to seal state court briefs that she affirmatively chose to file publicly, nor does she explain why any of the material contained therein would reveal confidential information. |
| 91-6 | Plaintiff's Exhibit F to Motion to Disqualify Counsel:<br><br>Sealed in entirety. | GRANTED as to references to Plaintiff's name, contact information, address, nationality/home country, birth date, ID numbers, court case numbers, and identifying information of Plaintiff's opponents in state court.<br><br>DENIED as to all other portions.  Plaintiff has not provided good reasons to seal state court briefs that she affirmatively chose to file publicly, nor does she explain why any of the material contained therein would reveal confidential information. |

United States District Court
Northern District of California

| 91-7 | Plaintiff's Exhibit H to Motion to Disqualify Counsel:<br><br>Sealed in entirety. | GRANTED as to references to Plaintiff's name, contact information, address, nationality/home country, birth date, ID numbers, court case numbers, and identifying information of Plaintiff's opponents in state court.<br><br>DENIED as to all other portions.  Plaintiff has not provided good reasons to seal state court briefs that she affirmatively chose to file publicly, nor does she explain why any of the material contained therein would reveal confidential information. |
| --- | --- | --- |
| 91-8 | Plaintiff's Exhibit I to Motion to Disqualify Counsel:<br><br>Sealed in entirety. | GRANTED as to references to Plaintiff's name, contact information, address, nationality/home country, birth date, ID numbers, court case numbers, and identifying information of Plaintiff's opponents in state court.<br><br>DENIED as to all other portions.  Plaintiff has not provided good reasons to seal state court briefs that she affirmatively chose to file publicly, nor does she explain why any of the material contained therein would reveal confidential information. |
| 91-9 | Plaintiff's Exhibit J to Motion to Disqualify Counsel:<br><br>Sealed in entirety. | GRANTED as to references to Plaintiff's name, contact information, address, nationality/home country, birth date, ID numbers, court case numbers, and identifying information of Plaintiff's opponents in state court.<br><br>DENIED as to all other portions.  Plaintiff has not provided good reasons to seal state court briefs that she affirmatively chose to file publicly, nor does she explain why any of the material contained therein would reveal confidential information. |
| 91-10 | Plaintiff's Exhibit K to Motion to Disqualify Counsel:<br><br>Sealed in entirety. | GRANTED as to references to Plaintiff's name, contact information, address, nationality/home country, birth date, ID numbers, court case numbers, and identifying information of Plaintiff's opponents in state court.<br><br>DENIED as to all other portions.  Plaintiff has not provided good reasons to seal state court briefs that she affirmatively chose to file publicly, nor does she explain why any of the material contained therein would reveal confidential information. |

| 91-11 | Plaintiff's Exhibit L to Motion to Disqualify Counsel:<br><br>Sealed in entirety. | GRANTED as to references to Plaintiff's name, contact information, address, nationality/home country, birth date, ID numbers, court case numbers, and identifying information of Plaintiff's opponents in state court.<br><br>DENIED as to all other portions.  Plaintiff has not provided good reasons to seal state court briefs that she affirmatively chose to file publicly, nor does she explain why any of the material contained therein would reveal confidential information. |
| --- | --- | --- |
| 91-12 | Plaintiff's Exhibit M to Motion to Disqualify Counsel:<br><br>Personally identifiable information. | GRANTED as to references to Plaintiff's name, contact information, address, nationality/home country, birth date, ID numbers, court case numbers, and identifying information of Plaintiff's opponents in state court.<br><br>DENIED as to all other portions. |
| 91-13 | Plaintiff's Exhibit N to Motion to Disqualify Counsel:<br><br>Personally identifiable information. | GRANTED as to references to Plaintiff's name, contact information, address, nationality/home country, birth date, ID numbers, court case numbers, and identifying information of Plaintiff's opponents in state court.<br><br>DENIED as to all other portions. |
| 91-14 | Plaintiff's Exhibit O to Motion to Disqualify Counsel:<br><br>Unsealed. | GRANTED. |
| 91-15 | Plaintiff's Exhibit P to Motion to Disqualify Counsel:<br><br>Personally identifiable information. | GRANTED as to references to Plaintiff's name, contact information, address, nationality/home country, birth date, ID numbers, court case numbers, and identifying information of Plaintiff's opponents in state court.<br><br>DENIED as to all other portions. |
| 91-16 | Plaintiff's Exhibit R to Motion to Disqualify Counsel:<br><br>Unsealed. | GRANTED |

United States District Court
Northern District of California

9

| 91-17 | Plaintiff's Exhibit S to Motion to Disqualify Counsel:<br><br>Unsealed. | GRANTED |
|---|---|---|

| ECF No. | Document & Portions to Seal | Granted/Denied |
|---|---|---|
| 167-2 | Appendix A to Plaintiff's Reply In Support of Motion to Disqualify Counsel:<br><br>Portions in tables. | DENIED.  Plaintiff has not provided good reasons to seal this information, nor does she explain why any of the material contained would reveal confidential information. |

IT IS HEREBY ORDERED THAT:

(1) Plaintiff's sealing motion at ECF No. 167 is DENIED.  Plaintiff SHALL file the document publicly within fourteen days of the date of this order.

(2) Plaintiff's consolidated sealing motion at ECF No. 179 is GRANTED IN PART and DENIED IN PART.  Plaintiff SHALL file the documents publicly with redactions limited to those set forth in the tables in this order within fourteen days of the date of this order.

(3) Plaintiff's motion at ECF No. 207 to replace the improperly filed document is GRANTED.

(4) This order terminates ECF Nos. 167, 179, 207.

**IT IS SO ORDERED.**

Dated:  August 11, 2026

_____
BETH LABSON FREEMAN
United States District Judge