United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JANE DOE,<br>Plaintiff,<br>v.<br>BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY, et al.,<br>Defendants. | Case No. 5:26-cv-03809-BLF<br>**ORDER DENYING MOTION FOR STAY**<br>[Re: ECF No. 221] |

Plaintiff requests that the Court stay its order declaring Plaintiff a vexatious litigant, arguing, *inter alia*, that Plaintiff is likely to succeed on the merits of her appeal because the Court granted Defendants' motion for a pre-filing order without a hearing. ECF No. 221 at 2; *see also id.* at 12 ("The Court **abdicated** its obligation to the rule of law to its passions while adjudicating the underlying motion—because apparently, requesting timely and proper adjudication over a dispute and not wanting to wait for two months for 2.5 pages of state action 'analysis,' is, to this Court, putatively 'obsessive.' At the very least, the Court should now show mere ***modicum of respect*** to its obligation to the rule of law and to the people of this Nation on whose sovereignty it gained its Article III jurisdiction and stay the execution of its legally unsound and void order. The Court's inability to control its explosive anger and show judicial temperament, as it swore to the do so, defames the sanctity of the judicial office in the public imagination and demeans the image of courts of law as places of *reasoned* and *civil* adjudication of disputes." (internal footnote omitted) (emphasis in original)).

For the avoidance of doubt, Plaintiff requested that the motion be submitted without argument. *See* ECF No. 193 at 1 ("[T]he Plaintiff hereby moves this Court to dispose of the

Stanford Defendants' motion to dismiss (ECF No. 113), their supposed 'motion' for a purported 'vexatiousness' classification (ECF No. 108), and the Plaintiff's motion for preliminary injunction (ECF No. 62) without an oral hearing. . . . The motions have been briefed fully and extensively—and there is possibly not much that an oral hearing could add to the disposition of the motions.").

The motion is DENIED.

**IT IS SO ORDERED.**

Dated: August 14, 2026

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California