UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 26 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JANE DOE,

Plaintiff - Appellant,

v.

BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY, a California corporation; et al.,

Defendants - Appellees.

No. 26-4997

D.C. No.
5:26-cv-03809-BLF
Northern District of California,
San Jose

ORDER

Before: BERZON and FORREST, Circuit Judges.

The motion (Docket Entry No. 27) to file an oversized reply is granted.

The supplemented motion (Docket Entry No. 11) for injunctive relief is denied. *See Feldman v. Ariz. Sec'y of State*, 843 F.3d 366, 367 (9th Cir. 2016) ("The standard for evaluating an injunction pending appeal is similar to that employed by district courts in deciding whether to grant a preliminary injunction."); *see also Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008) (defining standard for preliminary injunction in district court).

All other pending motions will be addressed by separate order. Briefing is suspended.