United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

JANE DOE,

Plaintiff,

v.

BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY, et al.,

Defendants.

Case No. 26-cv-03809-BLF

**ORDER DENYING PLAINTIFF'S MOTION FOR RECUSAL AND ADMINISTRATIVE MOTION FOR INDICATIVE RULING**

[Re: ECF Nos. 226, 228]

On July 31, 2026, Plaintiff filed a notice of appeal to the Ninth Circuit. ECF Nos. 211–213. That appeal is pending. Now, before the Court are two motions: (1) Plaintiff's Motion to Recuse the Honorable Beth Labson Freeman Under 28 U.S.C. § 144 and 28 U.S.C. § 455, ECF No. 226 ("Mtn to Recuse"), and (2) Plaintiff's Administrative Motion for an Indicative Ruling, ECF No. 228 ("Mtn for Indicative Ruling").[1]

In the Mtn to Recuse, Plaintiff asserts that Judge Freeman should be recused from the case because she has a "deep-seated antagonism" and "animus toward" Plaintiff. Mtn to Recuse at 5.

Plaintiff's Mtn for Indicative Ruling requests that, if the "Ninth Circuit partially remands the appeal on this Court's entry of a pre-filing injunction," this Court vacate the order declaring

[1] Plaintiff's motions are in violation of the Court's standing order. *See* Standing Order re Civil Cases § IV.A.4 (setting a 10-page limit for motions to recuse); § IV.F (explaining that footnotes "shall be double-spaced" and "not be used to cite to legal authorities or evidence"). Plaintiff SHALL comply with the Court's standing order for all future filings.

Plaintiff a vexatious litigant. ECF No. 228–2. This motion states that the Court's order declaring Plaintiff a vexatious litigant is currently on appeal. Mtn for Indicative Ruling at 2. ("On July 31, 2026, this Court issued an order declaring the Plaintiff vexatious. The Plaintiff appealed on that order the same day.").

"[O]nce a notice of appeal has been filed the district court is divested of jurisdiction over the matters being appealed." *United States v. Phelps*, 283 F.3d 1176, 1181 n.5 (9th Cir. 2002). As Plaintiff acknowledges, whether this case should be reassigned and whether the Court should vacate its order declaring Plaintiff a vexatious litigant are questions currently before the Ninth Circuit. Therefore, this Court does not have jurisdiction to decide these matters. For this reason, Plaintiff's motions are DENIED without prejudice to refiling should she succeed on appeal. No other filings may be submitted in this case until the Ninth Circuit issues a mandate.

**IT IS SO ORDERED.**

Dated: September 22, 2026

BETH LABSON FREEMAN
United States District Judge